FILED

MAY 3 0 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

May 29, 2019

Frank D. Dundee
7707 Amberwood Trail
Boardman, Ohio 44512
330-398-8274
fdundee@gmail.com

Judge Dan Aaron Polster
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 18B
Cleveland, Ohio 44113-1837

Dear Judge Polster,

I would like to seek your permission to apply for an electronic filing account for my case, 19cv1141. I was informed that I need your permission by the Clerk of Court. I thank you very much for your consideration of this matter.

Sincerely,

Frank D. Dundee