Sandy Opacich
Clerk of Court

United States District Court
Northern District of Ohio
Office of the Clerk
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

(216) 357-7000

May 23, 2019

Frank D. Dundee
7707 Amberwood Trail
Boardman, OH 44512

Dear Mr. Dundee,

We received the enclosed document. Before you can apply for an electronic filing account, you must request permission from the judge in your case. Your case number is 19cv1141 assigned to Judge Polster. Once the judge has given you permission, sign the registration form and send back to the Clerk's office.

Sincerely,

Sandy Opacich, Clerk

By: *[signature]*

Deputy Clerk (wp)

---

568 John F. Seiberling
Federal Building and U.S. Court House
2 South Main Street
Akron, OH 44308-1876
(330) 252-6000

114 James M. Ashley & Thomas W. L. Ashley
U.S. Court House
1716 Spielbusch Avenue
Toledo, OH 43604-5385
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400