Frank D Dundee
7707 Amberwood Trail
Boardman, Ohio 44512



CLEVELAND OH 440
29 MAY 2019 PM 1 L



RECEIVED
MAY 30 2019

Judge Dan Aaron Polster
Carl B. Stokes United States Court House
801 West Superior Avenue, Courtroom 18B
Cleveland, Ohio 44113-1837

44113-183782