**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Thank you for using the EEOC Assessment System. The information you gave us indicates that your situation may be covered by the laws we enforce.  If you want to file a charge, you can start the process by filling out the Intake Questionnaire, signing it, and either bringing it or mailing it to the EEOC office listed below right away.   If you live within 50 miles of the EEOC office listed below, we recommend that you bring the completed questionnaire with you to this office to discuss your situation.

If you would like to bring the questionnaire to us in person instead of mailing it to us, please click http://www.eeoc.gov/field/index.cfm to find out the office hours of the EEOC office closest to you. If you would like to fax the questionnaire to us, please click http://www.eeoc.gov/field/index.cfm to find out the fax number of the office nearest to you.

You should be aware that filing a charge can take up to two hours.  If you find that you are having difficulty completing the questionnaire on your own, you may call the number below for assistance.

Please be sure to:

·        Answer all questions as completely as possible.
·        Include the location where you work(ed) or applied.
·        Complete all pages and sign the last page.
·        Attach additional pages if you need more space to complete your responses.

You can find out more information about the laws we enforce and our charge-filing procedures on our website at www.eeoc.gov.

If you want to file a charge about job discrimination, there are time limits to file the charge. In many States that limit is 300 days from the date you knew about the harm or negative job action, but in other States it is 180 days. To protect your rights, it is important that you fill out the questionnaire, sign it, and bring it or send it to us right away.

**Filling out and bringing us or sending us this questionnaire does not mean that you have filed a charge.** This questionnaire will help us look at your situation and figure out if you are covered by the laws we enforce. If you live within 50 miles of the office listed above, we recommend that you bring the completed questionnaire to us to discuss your situation. If you mail the completed questionnaire to us, someone from the EEOC should contact you by mail or by phone within 30 days.  If you don't hear from us in 30 days, please call us at **1-800-669-4000**.

Sincerely,

U.S. Equal Employment Opportunity Commission

**EXHIBIT**

**B**



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s).  If you do not know the answer to a question, answer by stating "not known."  If a question is not applicable, write "n/a."  Please Print.**

## 1.    Personal Information

Last Name:  Dundee          First Name:  Frank          MI:  D

Street or Mailing Address:  7707 Amberwood Trail          Apt Or Unit #:

City:  Boardman          County:  Mahoning          State:  Ohio          ZIP:  44512

Phone Numbers: Home: (███) ███████          Work: (_440_) 2856000

Cell: (███) ███████          Email Address: ███████

Date of Birth: ███████          Sex: Male ☑  Female ☐          Do You Have a Disability? ☑ Yes   ☐ No

**Please answer each of the next three questions.**  i.  Are you Hispanic or Latino?  ☐ Yes  ☑ No

ii.  What is your Race?  Please choose all that apply.  ☐ American Indian or Alaska Native   ☐ Asian   ☑ White

☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii.  What is your National Origin (country of origin or ancestry)?   USA

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name:  Patricia Ann Dundee          Relationship:  spouse

Address: 7707 Amberwood Trail          City:  Boardman          State:  OH   Zip Code:   44512

Home Phone: (███) ███████          Other Phone: (███) ███████

## 2.  I believe that I was discriminated against by the following organization(s):  (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked.  If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

**Organization Name:**  University Hospitals Geauga Medical Center

Address:  13207 Ravenna Rd          County:  Geauga

City:  Chardon          State:  OH   Zip:   44024          Phone: (_440_) 2856000

Type of Business:  Hospital System          Job Location if different from Org. Address:

Human Resources Director or Owner Name:  Danialle Lynce          Phone:  440285600

**Number of Employees in the Organization at All Locations**: Please Check (√) One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☑ More than 500

## 3.  Your Employment Data (Complete as many items as you can)     Are you a Federal Employee?  ☐ Yes  ☑ No

Date Hired:  05/02/2010          Job Title At Hire:  Staff Pharmacist

Pay Rate When Hired: ███████          Last or Current Pay Rate: ███████

Job Title at Time of Alleged Discrimination:  Staff Pharmacist          Date Quit/Discharged:

Name and Title of Immediate Supervisor:  Racheal Lerman

**If Job Applicant,** Date You Applied for Job _____    Job Title Applied For _____

**4.  What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to* Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☐ Race  ☐ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☑ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing  ☐ ii. family medical history  ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain). _____

**5.  What happened to you that you believe was discriminatory?**  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

| | |
|---|---|
| A)  Date: 08/05/16 | Action:  Threatened with termination for demonstrably false reasons for filing a EEO protected activity oof sexual harrassment against my supervisor on 6/26/2016. |

Name and Title of Person(s) Responsible:  Head of HR,Danialle Lynce; Regional Pharmacy Director Jason Glowczewski

| | |
|---|---|
| B)  Date: 06/26/17 | Action:  Called to HR and given final warning before termination for using the words, "you're a good kid", "he's a pup with little experience" and "he's a nice boy" in an email to HR rep |

Name and Title of Person(s) Responsible:  Head of HR,Danialle Lynce; Pharmacy Manager Rachael Lerman

**6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed**.

Suspicious timing. The causal link between the adverse action and the protected activity; Oral or written statements made by the individuals recommending or approving the challenged adverse action revealed retaliatory intent by expressing retaliatory animus and by revealing inconsistencies, pre-determined decisions, and other indications that the reasons given for the adverse action are false; Inconsistent and shifting explanations; evidence of selective enforcement of the disciplinary process

**7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom?  His or Her Job Title?**

That reasons offered for the 8/5/2016 threats were sentences, out of context, culled from adendums, which are every employee's right, my replies to substandard evaluations and demonstrably false discipline charges, in a pattern of harrassment, over years, by Ms, Lynce and Mr. Glowczewski.  The reasons given at the 6/26/17 final warning were for innocuous words that no reasonable person would find offensive in two emails to an HR rep, who was not the rep involved in the discipline, Ms. Lynce and Ms, Lerman.

**8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

**Of the persons in the same or similar situation as you, who was treated *better* than you?**

| A.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Larry Schepps | white, male, 70, US, Jewish | Staff Pharmacist |

Description of Treatment  Larry Schepps has frequently been rude on the phone, hanging up on nurses, has raised his voice in anger, swore at another employee and has never been formally put into correctve action. he is Jewish as is the dept manager

| B.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Susan Thabit | white, female, 61, | Staff Pharmacist |

Description of Treatment  Ms. Thabit has made errors on the job, has frequent disagreements for fellow employees, raises her voice, throws objects at fellow employees, violates HIPAA patient privacy, but is the eyes and ears of the supervisor

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| A.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|

Description of Treatment

| B.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|

Description of Treatment

**Of the persons in the same or similar situation as you, who was treated *same* as you?**

| A.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|

Description of Treatment

| B.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|

Description of Treatment

**Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

9.   **Please check all that apply:**

☐   Yes, I have a disability

☐   I do not have a disability now but I did have one

☐   No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**

**Yes** ☐    **No** ☐

If "Yes," what medication, medical equipment or other assistance do you use?

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**

**Yes** ☐    **No** ☐

If "YES", when did you ask? _____    How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

Describe the changes or assistance that you asked for:

How did your employer respond to your request?

**13. Are there any witnesses to the alleged discriminatory incidents? If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| A. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Adam Gilger | Security Guard | Unknown |

**What do you believe this person will tell us?**

What he was told as his reason for being present in the ante-room during the discipline of 6/26/17. I believ he was there because Ms. Lynce and Ms. Lerman, who blindsided me with this on the day I returned from vacation thought that they could provoke me into saying or doing something actionable. I did nothing of the sort.

| B. Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Rebecca Besselman | HR Rep | unknown |

**What do you believe this person will tell us?**

Ms. Besselman was the recipient of the two emails used in the 6/26/2017 final warning discipline. I do not believe that she initiated the discipline over those innocuous phrases. I believe that my emails were targeted by Ms. Lynce and Ms. Lerman, maybe with full knowledge of executive administrators, members of the Complinace Department and a Pharmacy Department VP

**14. Have you filed a charge previously in this matter with EEOC or another agency?**   Yes ☑   No ☐

**15. If you have filed a complaint with another agency, provide name of agency and date of filing:**

**16. Have you sought help about this situation from a union, an attorney, or any other source?**   Yes ☐   No ☑
Provide name of organization, name of person you spoke with and date of contact. Results, if any?

**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.** If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws. **If you do not file a charge of discrimination within the time limits, you will lose your rights.** If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1. If you want to file a charge, you should check Box 2.

| Box 1 | ☐ I want to talk to an EEOC employee before deciding whether to file a charge. I understand that by checking this box, I have not filed a charge with the EEOC. **I also understand that I could lose my rights if I do not file a charge in time.** |
|---|---|

| Box 2 | ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above. I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.** I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination. |
|---|---|

Verified by PDFfiller
08/19/2017

_____
**Signature**

08/19/2017
_____
**Today's Date**

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. **FORM NUMBER/TITLE/DATE.** EEOC Intake Questionnaire (9/20/08).
2. **AUTHORITY.** 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. **PRINCIPAL PURPOSE.** The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. **ROUTINE USES.** EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters
5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Thank you for using the EEOC Assessment System. The information you gave us indicates that your situation may be covered by the laws we enforce.  If you want to file a charge, you can start the process by filling out the Intake Questionnaire, signing it, and either bringing it or mailing it to the EEOC office listed below right away.   If you live within 50 miles of the EEOC office listed below, we recommend that you bring the completed questionnaire with you to this office to discuss your situation.

If you would like to bring the questionnaire to us in person instead of mailing it to us, please click http://www.eeoc.gov/field/index.cfm to find out the office hours of the EEOC office closest to you. If you would like to fax the questionnaire to us, please click http://www.eeoc.gov/field/index.cfm to find out the fax number of the office nearest to you.

You should be aware that filing a charge can take up to two hours.  If you find that you are having difficulty completing the questionnaire on your own, you may call the number below for assistance.

Please be sure to:

·        Answer all questions as completely as possible.
·        Include the location where you work(ed) or applied.
·        Complete all pages and sign the last page.
·        Attach additional pages if you need more space to complete your responses.

You can find out more information about the laws we enforce and our charge-filing procedures on our website at www.eeoc.gov.

If you want to file a charge about job discrimination, there are time limits to file the charge. In many States that limit is 300 days from the date you knew about the harm or negative job action, but in other States it is 180 days. To protect your rights, it is important that you fill out the questionnaire, sign it, and bring it or send it to us right away.

**Filling out and bringing us or sending us this questionnaire does not mean that you have filed a charge.** This questionnaire will help us look at your situation and figure out if you are covered by the laws we enforce. If you live within 50 miles of the office listed above, we recommend that you bring the completed questionnaire to us to discuss your situation. If you mail the completed questionnaire to us, someone from the EEOC should contact you by mail or by phone within 30 days.  If you don't hear from us in 30 days, please call us at **1-800-669-4000**.

Sincerely,

U.S. Equal Employment Opportunity Commission



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s).  If you do not know the answer to a question, answer by stating "not known."  If a question is not applicable, write "n/a."  Please Print.**

## 1.   Personal  Information

Last Name:  Dundee                          First Name:  Frank                          MI:  D

Street or Mailing Address:  7707 Amberwood Trail                          Apt Or Unit #:

City:  Boardman              County:  Mahoning              State:  Ohio              ZIP:  44512

Phone Numbers: Home: ( ▬ )  ▬▬              Work: ( 440 )  2856000

Cell: ( ▬ ) ▬▬              Email Address:  ▬▬

Date of Birth:  ▬▬              Sex: Male ☑  Female ☐       Do You Have a Disability?  ☑ Yes   ☐ No

**Please answer each of the next three questions.**   i.  Are you Hispanic or Latino?   ☐ Yes   ☑ No

ii.  What is your Race?  Please choose all that apply.   ☐ American Indian or Alaska Native   ☐ Asian   ☑ White

☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

iii.  What is your National Origin (country of origin or ancestry)?   USA

**Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:**

Name:  Partricia Dundee                          Relationship:  spouse

Address:  7707 Amberwood Trail              City:  Boardman              State:  OH   Zip Code:   44512

Home Phone: ( ▬ ) ▬▬              Other Phone: ( ▬ ) ▬▬

**2. I believe that I was discriminated against by the following organization(s):**  (Check those that apply)

☑ Employer   ☐ Union   ☐ Employment Agency   ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked.  If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**

**Organization Name:**  University Hospitals Geauga Medical Center

Address:  13207 Ravenna Road                          County:  Geauga

City:  Chardon              State:  OH   Zip:   44024       Phone: ( 440 )  2856000

Type of Business:  hospital              Job Location if different from Org. Address:

Human Resources Director or Owner Name:  Danialle Lynce              Phone:  4402856000

**Number of Employees in the Organization at All Locations**: Please Check (√) One

☐ Fewer Than 15   ☐ 15 - 100   ☐ 101 - 200   ☐ 201 - 500   ☑ More than 500

**3.   Your Employment Data** (Complete as many items as you can)   **Are you a Federal Employee?**  ☐ Yes ☑ No

Date Hired:  05/02/2010              Job Title At Hire:  staff pharmacist

Pay Rate When Hired:  ▬▬              Last or Current Pay Rate:  ▬▬

Job Title at Time of Alleged Discrimination:  staff pharmacist              Date Quit/Discharged:

Name and Title of Immediate Supervisor:  Rachael Lerman

**If Job Applicant,** Date You Applied for Job _____  Job Title Applied For _____

**4.  What is the reason (basis) for your claim of employment discrimination?**

*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to* Race. *If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to* Retaliation.

☐ Race   ☐ Sex   ☐ Age   ☐ Disability   ☐ National Origin   ☐ Religion   ☑ Retaliation   ☐ Pregnancy   ☐ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing   ☐ ii. family medical history   ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

_____

Other reason (basis) for discrimination (Explain). _____

**5.  What happened to you that you believe was discriminatory?**  Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you.  **Please attach additional pages if needed.**
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

| A)  Date: 06/26/17 | Action:  I was called to HR, by Ms. Lynce and Ms. Lerman, given a final warning discipline, remanded to the EAP program for session on remediation, under UH employee policy |
|---|---|

Name and Title of Person(s) Responsible: Danialle Lynce, Rachael Lerman

| B)  Date: | Action: |
|---|---|

Name and Title of Person(s) Responsible: _____

**6.  Why do you believe these actions were discriminatory? Please attach additional pages if needed**.

The employer has no interest in obtaining a diagnosis of a mental health condition; the mandated EAP counseling sessions, which includes a 3 hour psychiatric examination, is neither job-related nor consistent with business necessity.  Ms. Lerman and Ms. Lynce, in effect, weaponized the EAP in order to intimidate, harrass and embarrass me; this was especially egregious when looking at the manufactured reasons for the discipline, which were retaliation for my filing sexual harrassment charges against Ms, Lerman, which amounted an adverse action against an EEO protected activity.

**7.  What reason(s) were given to you for the acts you consider discriminatory?  By whom? His or Her Job Title?**

The reasons were over three innocous phrases that  in two emails to an HR represenative: "you're a good kid", "he's a pup with little experience", and "a nice boy, but.."  No reasonable person would find those phrases offensive in any way.  The recipient, who was an HR representative, did not raise an issue with those phrases.  This provides evedence that my emails were targeted.  Mandating me for remediation with multiple EAP sessions, which amounted to a medical exam, as well as a 3 hour psychiatric exam, all under the threat of termination, violate ADA public policy in regrads to allowable medical examinations by an employer.

**8. Describe who was in the same or similar situation as you and how they were treated.  For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance?  Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination.  For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on.  Use additional sheets if needed.**

Of the persons in the same or similar situation as you, who was treated *better* than you?

| A.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| Jill Spuzullo | whiet, female | pharmac tech |

Description of Treatment   Ms. Spuzullo was mandated to attend multiple EAP sessions even though she had outstanding perfomance in her duties as a pharmacy tech.  Ms. Lerman used the EAP as a means to discourage and degrade Ms. Suzullo, who resigned.

| B.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

**Of the persons in the same or similar situation as you, who was treated *worse* than you?**

| A.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

**Of the persons in the same or similar situation as you, who was treated the *same* as you?**

| A.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

| B.  Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
| | | |

Description of Treatment

**Answer questions 9-12 only if you are claiming discrimination based on disability.  If not, skip to question 13.  Please tell us if you have more than one disability.  Please add additional pages if needed.**

**9.   Please check all that apply:**

☐    Yes, I have a disability

☐    I do not have a disability now but I did have one

☐    No disability but the organization treats me as if I am disabled

**10.  What is the disability that you believe is the reason for the adverse action taken against you?   Does this disability prevent or limit you from doing anything?**  (e.g., lifting, sleeping, breathing, walking, caring for yourself, working, etc.).

**11.  Do you use medications, medical equipment or anything else to lessen or eliminate the symptoms of your disability?**

**Yes** ☐    **No** ☐

If "Yes," what medication, medical equipment or other assistance do you use?

**12.  Did you ask your employer for any changes or assistance to do your job because of your disability?**

**Yes** ☐    **No** ☐

If "YES", when did you ask? _____    How did you ask (verbally or in writing)? _____

Who did you ask?  (Provide full name and job title of person)

Describe the changes or assistance that you asked for**:**

How did your employer respond to your request?

**13.  Are there any witnesses to the alleged discriminatory incidents?  If yes, please identify them below and tell us what they will say. (Please attach additional pages if needed to complete your response)**

| A.  Full Name | Job Title | Address & Phone Number |
|---|---|---|
| David Riccardi | EAP counselor | 216-286-9980 |

**What do you believe this person will tell us?**

Mr. Riccardi is an EAP counselor.  He can tell the EEO investigaor how UH incorporates the EAP counseling sessions into the progressive discipline

| B.  Full Name | Job Title | Address & Phone Number |
|---|---|---|
| Rebecca Besselman | Hr represenative | 440285600 |

**What do you believe this person will tell us?**



**14.  Have you filed a charge previously in this matter with EEOC or another agency?      Yes ☑      No ☐**

**15.  If you have filed a complaint with another agency, provide name of agency and date of filing:**



**16.  Have you sought help about this situation from a union, an attorney, or any other source?      Yes ☐      No ☑**

Provide name of organization, name of person you spoke with and date of contact. Results, if any?



**Please check one of the boxes below to tell us what you would like us to do with the information you are providing on this questionnaire.**  If you would like to file a charge of job discrimination, you must do so either within 180 days from the day you knew about the discrimination, or within 300 days from the day you knew about the discrimination if the employer is located in a place where a state or local government agency enforces laws similar to the EEOC's laws.  **If you do not file a charge of discrimination within the time limits, you will lose your rights.**  If you would like more information before filing a charge or you have concerns about EEOC's notifying the employer, union, or employment agency about your charge, you may wish to check Box 1.  If you want to file a charge, you should check Box 2.

| Box 1 | ☐ I want to talk to an EEOC employee before deciding whether to file a charge.  I understand that by checking this box, I have not filed a charge with the EEOC.  **I also understand that I could lose my rights if I do not file a charge in time.** |
|---|---|

| Box 2 | ☑ I want to file a charge of discrimination, and I authorize the EEOC to look into the discrimination I described above.  I understand that **the EEOC must give the employer, union, or employment agency that I accuse of discrimination information about the charge, including my name.**  I also understand that the EEOC can only accept charges of job discrimination based on race, color, religion, sex, national origin, disability, age, genetic information, or retaliation for opposing discrimination. |
|---|---|

Verified by PDFfiller
08/23/2017

_Frank Dundee_            08/23/2017

**Signature**            **Today's Date**

**PRIVACY ACT STATEMENT:** This form is covered by the Privacy Act of 1974: Public Law 93-579. Authority for requesting personal data and the uses thereof are:
1. **FORM NUMBER/TITLE/DATE.** EEOC Intake Questionnaire (9/20/08).
2. **AUTHORITY.** 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. 12117(a), 42 USC §2000ff-6.
3. **PRINCIPAL PURPOSE.** The purpose of this questionnaire is to solicit information about claims of employment discrimination, determine whether the EEOC has jurisdiction over those claims, and provide charge filing counseling, as appropriate. Consistent with 29 CFR 1601.12(b) and 29 CFR 1626.8(c), this questionnaire may serve as a charge if it meets the elements of a charge.
4. **ROUTINE USES.** EEOC may disclose information from this form to other state, local and federal agencies as appropriate or necessary to carry out the Commission's functions, or if EEOC becomes aware of a civil or criminal law violation. EEOC may also disclose information to respondents in litigation, to congressional offices in response to inquiries from parties to the charge, to disciplinary committees investigating complaints against attorneys representing the parties to the charge, or to federal agencies inquiring about hiring or security clearance matters.
5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION.** Providing of this information is voluntary but the failure to do so may hamper the Commission's investigation of a charge. It is not mandatory that this form be used to provide the requested information.