

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Cleveland Field Office

AJC Federal Building
1240 East Ninth Street, Suite 3001
Cleveland, OH 44199
(216) 522-2001 (Main Number)
1-800-669-4000 (General Inquiries)
FAX (216) 522-7395 * TTY (216) 522-8441

EEOC Charge Nos. 533-2017-01275
and 22A-2018-02065

Frank Dundee
7707 Amberwood Trail
Boardman, OH 44512

Charging Party

University Hospitals
13207 Ravenna Rd.
Chardon, OH 44024

Respondent

## NOTICE OF INTENT TO RESCIND

Pursuant to the authority vested in me by 29 CFR Sec. 1601.19, I have decided to rescind the no reasonable cause decision rendered in this case on July 20, 2018.

The charging party's right to sue is hereby vacated, **unless** the charging party has filed suit, the 90 day period has expired, or that charging party received a notice of right to sue pursuant to 29 CFR section 1601.28 (a) (1) or (2).

Please note that this case has been sent back to the Enforcement Unit for further investigation. Should you have any questions, please contact Brian Shelton, Investigator at 216/522-4843.

On Behalf of the Commission:

Oct, 29, 2018
Date

Cheryl Mabry, Director
Cleveland Field Office

cc: Danialle Lynce
Director Human Resources
University Hospitals
3605 Warrensville Center Rd.
LL9115
Shaker Hts., OH 44122

EXHIBIT E