**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FRANK DOMINIC DUNDEE,** | ) | **CASE NO. 1:19 CV 1141** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **ORDER OF REFFERAL** |
| | ) | **TO MAGISTRATE JUDGE** |
| **DANIALLE LYNCE, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

The above-captioned action is hereby referred to the Honorable Jonathan D. Greenberg, United States Magistrate Judge, for general pretrial supervision pursuant to 28 U.S.C. § 636 and Local Rules 72.1 and 72.2(a). Magistrate Judge Greenberg is authorized, pursuant to the above provisions, to: (1) conduct conferences; (2) enter and enforce non-dispositive pretrial orders including, but not limited to, orders pertaining to discovery matters; (3) approve all stipulated orders; and (4) rule on all non-dispositive motions. The Magistrate Judge shall also (5) issue preliminary orders and conduct necessary evidentiary hearings or other appropriate proceedings, and (6) file with the Court a report containing proposed findings and a recommendation for disposition of case-dispositive motions.

The Court reserves the right to rule directly on any matter filed in the within the case.

**IT IS SO ORDERED.**

                                                     */s/ Dan A. Polster    July 23, 2019*
                                                     **Dan Aaron Polster**
                                                     **United States District Judge**