**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FRANK DOMINIC DUNDEE, | ) | CASE NO. 1:19CV01141 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| DANIALLE LYNCE, et al, | ) | |
| | ) | **ORDER (Resolving Doc. No. 3.)** |
| Defendants. | ) | |
| | ) | |
| | ) | |

This matter has been referred to the undersigned for general pretrial supervision, pursuant to 28 U.S.C. § 636 and Local Rule 72.1. (Doc. No. 8.) Currently pending is Plaintiff Frank Dundee's unopposed request for permission to file electronically. (Doc. No. 3.) For the following reasons, this request is DENIED.

On May 30, 2019, Plaintiff Frank Dundee filed a letter with the Court, requesting permission to use the Northern District of Ohio's electronic filing system. (Doc. No. 3.) It is the preferred policy of this District to typically limit electronic filing access to registered attorneys. *See* Electronic Filing Policies and Procedures Manual (December 1, 2018). *See also Johnson v. Working America, Inc.*, 2012 WL 5948639, *5 (N.D. Ohio Nov. 1, 2012), *report and recommendation adopted*, 2012 WL 5947607 (N.D. Ohio Nov. 28, 2012). Indeed, Local Rule

5.1(c) provides, in relevant part, as follows:

> . . . **typically only registered attorneys**, as Officers of the Court, will be permitted to file electronically. The Judicial Officer may, at his or her discretion, grant a pro se litigant who **demonstrates a willingness and capability to file documents electronically** permission to register to do so.

LR 5.1(c)(emphasis added).

Here, Plaintiff has not demonstrated "a willingness and capability to file documents electronically." He has not shown he is aware of or able to abide by all Court rules, orders, policies, and procedures pertaining to the use of the Court's electronic filing system. In fact, Plaintiff filed his request to the Court as a letter, rather than a properly-captioned motion, indicating he does not have a general understanding of accepted court procedures. Within this letter, Plaintiff has not set forth any reason for this Court to exercise its discretion and permit him to file electronically through CM/ECF. Accordingly, Plaintiff's request to file electronically in this matter is DENIED.

**IT IS SO ORDERED**.

Date:   July 31, 2019                    s/ *Jonathan D. Greenberg*
                                         JONATHAN D. GREENBERG
                                         U.S. MAGISTRATE JUDGE