**ATTACHMENT 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| Plaintiff(s), | )<br>)  Case No.<br>)<br>)  Magistrate Judge Jonathan D. Greenberg |
| v. | )<br>)  REPORT OF PARTIES' PLANNING<br>)  <u>MEETING UNDER FED. R. CIV.</u><br>)  <u>P. 26(f) AND LR 16.3(b)(3)</u> |
| Defendant(s). | )<br>) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on _____ _____, and was attended by:

   _____ counsel for plaintiff(s) _____

   _____ counsel for plaintiff(s) _____

   _____ counsel for defendant(s) _____

   _____ counsel for defendant(s) _____

2. The parties:

   \_\_\_\_ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order;

   \_\_\_\_ will exchange such disclosures by _____;

____ have not been required to make initial disclosures.

    3.    The parties recommend the following track:

____ Expedited      ____ Standard      ____ Complex

____ Administrative      ____ Mass Tort

    4.    This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

____ Early Neutral Evaluation      ____ Mediation      ____ Arbitration

____ Summary Jury Trial      ____ Summary Bench Trial

____ Case not suitable for ADR

    5.    The parties ____do/____ do not consent to the jurisdiction of the UnitedStates Magistrate Judge pursuant to 28 U.S.C. § 636(c).

    6.    Recommended Discovery Plan:

(a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

(b) Discovery cut-off date: _____

7. Recommended dispositive motion date: _____

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

9. Recommended date for Status Hearing: _____

10. Other matters for the attention of the Court:

_____

_____

_____

Attorney for Plaintiff(s) _____

Attorney for Plaintiff(s) _____

Attorney for Defendant(s) _____

Attorney for Defendant(s) _____