IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DOMINIC DUNDEE, | ) | CASE NO. 1:19CV01141 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| UNIVERSITY HOSPITALS | ) | |
| CORPORATION, et al., | ) | |
| | ) | **MOTION FOR CONTINUANCE OF** |
| Defendants. | ) | **SEPTEMBER 19, 2019 CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| | ) | |

NOW COME Defendants University Hospitals Health Systems, Inc., incorrectly identified in the Complaint as University Hospitals Geauga Community Hospitals and University Hospitals Corporation, Danialle Lynce, Jason Glowczewski, Shawn Osborne and Rachael Lerman (collectively "Defendants"), by and through undersigned counsel, and hereby move this Honorable Court for a continuance of the Case Management Conference presently scheduled for September 19, 2019 at 10:00 a.m. This Motion is not being brought for purposes of delay, but because counsel for Defendants will both be out of state for previously scheduled professional conferences on September 19, 2019. Defendants request that the Case Management Conference be reset to one of the following dates, at a time that is convenient for the Court: September 11, 2019, October 4, 2019 or October 8, 2019.

      Respectfully submitted,

      */s/ Donald C. Bulea*
      Kerin Lyn Kaminski (00013522)
      Donald C. Bulea (0084158)
      GIFFEN & KAMINSKI, LLC
      1300 East Ninth Street, Suite 1600
      Cleveland, Ohio 44114
      Telephone:  216-621-5161
      Facsimile:   216-621-2399
      E-mail:      kkaminski@thinkgk.com
                  dbulea@thinkgk.com
      ***Counsel for Defendants  University Hospitals Health Systems, Inc.,  Danialle Lynce, Jason Glowczewski, Shawn Osborne and Rachael Lerman***

## CERTIFICATE OF SERVICE

I certify that on August 20, 2019, a true and correct copy of *Motion to Continue Case Management Conference* was served:

Via Regular U.S. Mail, postage prepaid, upon the following Parties:

Frank Dominic Dundee
7707 Amberwood Trail
Boardman, Ohio 44512
***Pro Se Plaintiff***

      */s/ Donald C. Bulea*
      Donald C. Bulea (0084158)
      ***Counsel for Defendants University Hospitals Health Systems, Inc.,  Danialle Lynce, Jason Glowczewski, Shawn Osborne and Rachael Lerman***