IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DOMINIC DUNDEE, | ) | CASE NO. 1:19CV01141 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| UNIVERSITY HOSPITALS | ) | |
| CORPORATION, et al., | ) | |
| | ) | **PROPOSED ORDER** |
| Defendants. | ) | |
| | ) | |

This cause and matter came on pursuant to Defendants University Hospitals Health Systems, Inc., incorrectly identified in the Complaint as University Hospitals Geauga Community Hospitals and University Hospitals Corporation, Danialle Lynce, Jason Glowczewski, Shawn Osborne and Rachael Lerman's (collectively "Defendants") Motion to Continue the Case Management Conference presently scheduled for September 19, 2019 at 10:00 a.m.. For good cause shown, this Court finds that Defendants' Motion is granted.

The Case Management Conference is hereby reset to _____, 2019 at _____ a.m./p.m.

IT IS SO ORDERED.

_____          _____
DATE                                                                JUDGE DAN AARON POLSTER
                                                                             MAGISTRATE JUDGE JONATHAN D.
                                                                             GREENBERG