IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DOMINIC DUNDEE, | ) | CASE NO. 1:19CV01141 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| UNIVERSITY HOSPITALS | ) | |
| CORPORATION, et al., | ) | |
| | ) | **NOTICE OF AGREED-UPON DATES** |
| Defendants. | ) | **FOR RESCHEDULING OF CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| | ) | |

NOW COME Defendants University Hospitals Health Systems, Inc., Danialle Lynce, Jason Glowczewski, Shawn Osborne, and Rachael Lerman and hereby give notice that, in accordance with the Court's August 21, 2019 Order, they have conferred with Plaintiff Frank Dundee and the Parties have agreed upon three (3) dates to reschedule the Case Management Conference: October 7, 2019, October 8, 2019, or October 9, 2019.  The Parties request that the Case Management Conference be reset to one of these dates.

       Respectfully submitted,

       */s/ Donald C. Bulea*
       Kerin Lyn Kaminski (00013522)
       Donald C. Bulea (0084158)
       GIFFEN & KAMINSKI, LLC
       1300 East Ninth Street, Suite 1600
       Cleveland, Ohio 44114
       Telephone:  216-621-5161
       Facsimile:   216-621-2399
       E-mail:     kkaminski@thinkgk.com
                    dbulea@thinkgk.com
       ***Counsel for Defendants  University Hospitals Health Systems, Inc.,  Danialle Lynce, Jason Glowczewski, Shawn Osborne and Rachael Lerman***

## **CERTIFICATE OF SERVICE**

I certify that on August 22, 2019, a true and correct copy of *Notice of Agreed-Upon Dates for Rescheduling of the Case Management Conference* was served:

Via Regular U.S. Mail, postage prepaid, upon the following Parties:

Frank Dominic Dundee
7707 Amberwood Trail
Boardman, Ohio 44512
***Pro Se Plaintiff***

                                            */s/ Donald C. Bulea*
                                            Donald C. Bulea (0084158)
                                            ***Counsel for Defendants University Hospitals Health Systems, Inc., Danialle Lynce, Jason Glowczewski, Shawn Osborne and Rachael Lerman***