UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

FRANK DOMINIC DUNDEE,

    Plaintiff,

vs.

UNIVERSITY HOSPITALS CORP,
    et al.,

    Defendants.

DATE: 12/2/2019

CASE NO. 1:19cv01141

JUDGE DAN AARON POLSTER

MAGISTRATE JUDGE JONATHAN D. GREENBERG

COURT REPORTER: n/a

Frank Dominic Dundee
Pro Se

Attorney for Defendants:
Donald Bulea

PROCEEDINGS:

An in-person status conference was held with pro se Plaintiff and counsel for Defendants. The parties reported discovery is ongoing.

  1 hour
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge