**FILED**

**JAN 1 3 2020**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES
DISTRICT COURT NORTHERN
DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DOMINIC DUNDEE, | ) | CASE NO. 1:19CV01141 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| UNIVERSITY HOSPITALS | ) | |
| CORPORATION, et al., | ) | **MOTION FOR CONTINUANCE OF** |
| | ) | **FEBRUARY 3, 2020, IN-PERSON STATUS** |
| Defendants. | ) | **CONFERENCE** |
| | ) | |

NOW COMES the Plaintiff/Pro Se Litigant, by and through his own counsel, undersigned,

and hereby move this Honorable Court for a continuance of the In-Person Status

Conference presently scheduled for February 3, 2020, at 2:00 p.m.  This Motion is not

being brought for purposes of delay, but because the Plaintiff/Pro Se Litigant will be

disadvantaged because he works 3rd-shift as a clinical pharmacist, continuously and

daily, from 9:00 p.m. to 7:00 a.m., Wednesday, January 29, 2020, through Wednesday,

February 5, 2020 at 7:00 a. m.  The Plaintiff/Pro Se Litigant requests that the In-Person

Status Conference be reset to one of the following dates, at a time that is convenient for

the Court:  February 10, 2020, February 11, 2020, February 24, 2020, or February 25,

2020.

1

Respectfully Submitted,

Frank Dominic Dundee

7707 Amberwood Trail

Boardman, Ohio 44512

330-398-8274   fdundee@gmail.com

2