

8.5.16 0731

3. [illegible] white ave, I left with Acad. [illegible]. I told them I was the victim of the sexual harassment and that I thought it possible that it was never reported to anyone else the investigation.

4. agreed to cooperate with RU when they had no examples where I had not

5. D. Lynch visibly upset that I asked that she recuse herself in the sex harassment investigation

6. Asked why I Ahdan Moscow is not allowed to work at CCW at RUs order



8.5.16 0735

7. Not allowed to finish a sentence with D.L. interrupting. We were told to listen to her.

8. Told both that I was the victim, now you are now both trying to intimidate me.

9. D.L. mentioned that I held back out of concern for P.L. & fear of retaliation

10. Told them both this meeting was retaliation for me filing the claim

11. Asked D.L. why she attended. D.L. first stated because she can — then stated to speak on behalf of...



8-5-16  0745

12. Told Sasson that the T/A record shows that I was targeted

13. Told both I occurs sent R.L. out multiple correspondence ever and that DL's examples were another example of retaliation

14. DL had a folder filled with correspondence — mostly followups to discipline or evaluations from my personnel file

15. One of the people she said was that I mentioned one of my faults was that since I am old of time I have problems listening to young people. I said it was a fault of T/A

CPSO 8-5-16

16. 5 minutes spent on my sexual harassment claim - 25 minutes of push back and warnings

19. At one point I asked to leave because the meeting was so hostile. D.L. refused

18. I was not allowed a witness in the meeting

18. DL said that no other co-workers have issues with DL which is quite the opposite of reality.



8.5.16 0225 in car after meeting

1. Refused to get a copy of time/attendance log in which D-Line Sgt Jason G warned us not to "leave notes" if it was a joke among two plus parties

2. D. Lynce told us not send any highly correspondence to R.L. - her exact words were "all due to discipline that were attached to discipline forms to be kept in personnel file. Not for all eyes

3. They spent the vast majority of the meeting berating us a typical FU