

Frank Dundee <fdundee@gmail.com>

---

## Meeting with UH-HR department that was pure retaliation

**Frank Dundee** <fdundee@gmail.com>  Fri, Aug 5, 2016 at 10:03 AM
To: Rebecca Pace <rebecca.pace@nancygrimlaw.net>

Hi Rebecca,

    It is 0851 as I write this from note that I took in my car in the Geauga parking lot at 0725, after a meeting with a rep from HR and the regional pharmacy manager that was supposed to be a discussion of their completed investigation of my sexual harassment claim, but turned out to be a meeting that I can only describe as blatant push-back and retaliation for filing the claim. The drive home is approximately 65 minutes.
    I got a call at approx. 2200 on 8/4/16, from the regional pharmacy manager, Jason Glowczewski (JG), telling me about a meeting at 0700, 8/05/16, after my shift with him and Danialle Lynce (DL), head of human resources. I asked what it was about and he said the investigation.
    So I went into the meeting thinking it was going to be about my claim, but the majority of the time was spent warning me to watch my step going forward. They had gathered a folder of documents, most of which were addendum's to past evaluations and past disciplines in which I explained my reasoning for disagreeing with the evaluation or the discipline. Which is allowed on the employee evaluation forms and the employee discipline forms, and go directly into my personnel file.
    They also had a time and attendance exception form, from the pharmacy department, on which I had made a joke with my coworker about how she had forced me to give her permission to leave early, twice. She and I both laughed about it. There was nothing to the note and yet I was warned not write such notes or I would be faced with a discipline.
    The entire meeting was hostile with DL twisting the addendum's into a warning to me about writing hostile emails to to the supervisor in the sexual harassment claim. Rachael Lerman (RL). Those addendum were meant to go directly into the file, and not in any way directed at RL. They had put quite a lot of preparation into trying to intimidate me. Probably more effort than into the sexual harassment claim. Now, I don't know if Attorney Grim will think the claim is viable, but what I went through this morning was definitely retaliation. They searched every nook and cranny to come up with things to retaliate with. Their examples were amateurish and quite transparent.
    I maintained my composure throughout, I kept saying that their accusations had nothing to do with the purported purpose of the meeting to discuss my claim, I kept repeating that I was the victim, that this was retaliation, and I kept asking to leave that hostile environment. I can't get the picture of the smirk that DL had on her face at one point. I will be upset for quite a while from what occurred this morning. It confirms that I have a target on my back. That every move I make is under intense scrutiny.
    These are my handwritten notes that i took as soon as I reached my car after the meeting:
1. I was refused a copy of the Time and Attendance Exception form on which I had written a humorous note between myself and a co-worker that was harmless, but that JG and DL tried to twist into an infraction.
2. DL told me that i had a history of sending harsh correspondence to RL and it needed to stop or there would be consequences. I was astounded. She read the examples and they were from my personnel file and were addendum's to be attached to official documents for evaluation or discipline, to say why I disagreed with the eval or the discipline. They mention RL, but are in no way directed at her or meant to be read by her.
3. DL and JG spent the majority of the meeting berating and warning me; I kept saying that none of what they brought up had to do with my claim and that I was the victim. I also told DL that I found it puzzling that I was never contacted by anyone to discuss my claim before they reached a conclusion.
4. DL warned me to cooperate with RL when she offered no examples of when I had been uncooperative.
5. DL was visibly upset about an email that I sent to my contact in HR, Rebecca Besselman, requesting that DL recuse herself from the investigation because of her actions in the past, and especialy at my discipline appeal hearing. I will forward the email.
6. I asked JG why Tahani Mansour, a former pharmacy resident, who works at another UH facility, is not allowed to work at Geauga per orders of RL. Tahani may have knowledge of RL making inappropriate advances to the pharmacy residents.
7. DL refused to let me finish a sentence in a very hostile manner and told me it was my time to listen.
8. I told JG and DL that i recognized what was going on; their intent to intimidate me.
9. In the few minutes that we did discuss my claim, DL mentioned timeliness, that i should have come forward sooner. I said I didn't come forward out of concern for RL's family and my concern with retaliation. I only came forward now because the retaliation had reached a new level. I said I had carried this in my heart for years.
11. At one point, when DL was berating me, I asked why back in 2013 did she show up at first step tardiness meeting, which is absurd and which shows her connection to RL. DL said as head of HR she can attend any meeting she wants.
12. I told both JG and DL that thier mention of two humorous, one line notes on the T/A Exception sheet demonstrates that I am a target.


13. I told both DL and JG that I had never sent RL anything inappropriate or hostile. That her examples were bogus and transparent attempts to intimidate me. That the entire meeting was an example of retaliation.

14. DL had gone to great lengths to compile all of the information in the folder she had. Some of those addendum's were from at least 4 years ago. DL was on a fishing expedition to turn the tables on me, from victim to perp.

15. One example that DL tried to use to show that I didn't cooperate with RL was a heartfelt attempt on my part to repair my relationship with RL by stating that as an older person, like ALL older people, sometimes I have difficulty listening to young people. I didn't say cooperating with young people. I only said that to try to end the hostile work environment the RL had created. DL was reaching hard to use that as an example of my intransigence.

16. Approx. 5 minutes were spent on discussing my harassment claim; 20 minutes on warning me about my behavior with absurd examples.

17. At one point I asked to leave because the atmosphere was so hostile. DL refused until JG made the bogus claim about me leaving an inappropriate note. I told him to ask my coworker, Susan Thabit, who had shared the joke with me about the note. That it was a joke between us. JG glossed that over and DL reiterated that the next time I leave a note it would result in discipline. Once again, I said thatthey were targeting me.

18. I was not allowed to bring a witness to the meeting.

19. DL made apoint to say that no other co-workers had any issues with RL. The record is very clear that 90% of the working staff, and many of the pharmacy residents, do not feel that way about RL. DL's comment, to paint me as a malcontent, is absurd. No one in the department has any love for either RL or JG. They are both terrible managers by any standard, but UH's. UH has a misaligned culture.

   That's it. I am in major distress at the lengths DL wnet to to try to intimidate me. I am under a microscope. It is difficult to concentrate at work because of the hostility directed at me. DL's attempt s to disparage me are far from reality. DL, RL and JG have manufactured reasons to disparage me and I am fearful they will not stop now. Co-workers, nurses and physicians would vouch for my character, my empathy, and my productivity. Everyone has detractors, but I am an outstanding pharmacist and co-worker. The entire department and most other departments are friends I will keep for a lifetime. I fervently hope that Atty. Grim can help me. This is a major injustice. Workers should not be treated this way. I'm exhausted physically and emotionally.

Frank Dundee   P.S. look for the forwarded email about DL recusing herself.