Gmail - Just in case

 **Gmail**

**Frank Dundee <fdundee@gmail.com>**

## Just in case

**Frank Dundee** <fdundee@gmail.com>        Sat, Jul 1, 2017 at 9:00 AM
To: Mary Williams <mbwilliams317@yahoo.com>, David Gragg <turtlegate@windstream.net>, Philip Snyder
<philipsnyder@roadrunner.com>

Hi Mary, Lisa and Phil,

I didn't tell Patty that I got ambushed once again by Rachael and HR last Monday. Mary, you know more about this
than Lisa and Phil. It is stressful enough on me, but letting Patty in on it increases my stress. But I've had migraines
everyday since I got ambushed Monday night. That many in succession have never happened in my life. I just woke up
with another and I'm very concerned they could be a precursor to a stroke.

If something does happen to me, would you please tell Patty about what occurred and to get an attorney, demand all
of my records from HR, and sue UH for years of harassment, intimidation and retaliation.

Also tell her to scour my emails as I have records of everything there. Some names to reference are David Riccardi,
Edward Soyka, Rachael Lerman, Danialle Lynce, Rebecca Besselman and key words such as EEOC, harassment,
retaliation.

I hope none of this is necessary, but I'm concerned that maybe this last attack in HR on Monday may have done
damage and that I may either die unexpectedly or be unable to communicate. Thanks.

Frank