

Frank Dundee <fdundee@gmail.com>

---

## dragline EEOC emails
1 message

**Frank Dundee** <fdundee@gmail.com>  Fri, Aug 4, 2017 at 6:15 PM
To: Frank Dundee <fdundee@gmail.com>

#1

**From:** Dundee, Frank
**Sent:** Thursday, June 08, 2017 10:08 PM
**To:** Besselman, Rebecca L
**Subject:** FW: Innovation Summit

Hi Becky,

    Between you and I, it seems that Derek wants to hand the implementation completely off to me, telling me who I can contact, etc. These ideas are simple. They will improve his department. It will require very little from him other than to get me some reports and have a positive attitude. Derek seems to be looking for reasons that idea won't work. I've been running into that kind of attitude for 7 years at Geauga. Below is what I wrote in reply to his email. Your input is welcome.

    If Derek wants to cover 3rdf shift for me and allow me to work 1st shift, I can sure handle everything. **He's a pup with practically no experience. A nice boy, but...**

#2

**From:** Dundee, Frank
**Sent:** Saturday, June 10, 2017 1:27 AM
**To:** Besselman, Rebecca L
**Subject:** RE: Innovation Summit

Hi Becky,

    All that I know is this: I saw a flier soliciting ideas for an "Innovation Summit" for "cash payments." There were no parameters other than if the idea is accepted, the submitter gets paid. Nowhere did the flier say anything like you are stating now.

    I don't "expect" the managers to do anything. Never crossed my mind. I anticipated using my input to help with implementation. **Now, if what you are saying is that I have complete authority to implement my ideas, including switching my shift and working EXCLUSIVELY on implementation for the next several months, with a staff, and resources, I'm all in.** If that isn't what you are saying, please map this out for me as to how it can be accomplished on 3rd shift.

    Becky, the process is flawed. The rules need to be made clear at the beginning. The process should take longer than a few days to choose the ideas. The committee never meets with the individual to discuss the ideas??? That's the number one flaw. You say "cash payments", but with no specifics...are they based on a percentage of the

savings or some random number?  **You're a good kid,** but I'm just shaking my head.  UH never ceases to surprise me.



https://mail.google.com/mail/u/0?ik=f8c7660d22&view=pt&search=all&permthid=thread-f%3A1574840499735094377&simpl=msg-f%3A15748404997…  2/2