Friday June 9, 2017 10:06 am

I apologize for the typos! My nails are too long and I am shaking from my freezing office.

Becky Besselman
Human Resources
University Hospitals
Geauga Medical Center
13207 Ravenna Rd
Chardon, Ohio 44024
(p) 440-285-6295
(f) 440-285-6483

**From:** Besselman, Rebecca L
**Sent:** Friday, June 09, 2017 8:45 AM
**To:** Dundee, Frank
**Subject:** RE: Innovation Summit

Fran – the ides that are submitted from the employees are meant to be researched and implemented by the employees. Last year employees submitted ideas to managers and expected the managers to get the work and the submitting employee to get paid the bonus. It is different this year. The submitting employee needs to do the research and implement (with the guidance of the manger) in order to receive the payout. Derek is following the process for this years' summit.

Becky Besselman
Human Resources
University Hospitals
Geauga Medical Center
13207 Ravenna Rd
Chardon, Ohio 44024
(p) 440-285-6295
(f) 440-285-6483

**From:** Dundee, Frank
**Sent:** Thursday, June 08, 2017 10:09 PM
**To:** Besselman, Rebecca L
**Subject:** FW: Innovation Summit

Hi Becky,

Between you and I, it seems that Derek wants to hand the implementation completely off to me, telling me who I can contact, etc. These ideas are simple. They will improve his department. It will require very little from him other than to get me some reports and have a positive attitude. Derek seems to be looking for reasons that idea won't work. I've been running into that kind of attitude for 7 years at Geauga. Below is what I wrote in reply to his email. Your input is welcome.

If Derek wants to cover 3rdf shift for me and allow me to work 1st shift, I can sure handle everything. **He's a pup with practically no experience. A nice boy, but...**