**K**

**Frank Dundee** <fdundee@gmail.com>                                    Jul
to me                                                                   11

Hi Ms. Henoch,


    I am forwarding an email that I sent to Ms. Lynce.  When I was blindsided with the corrective action on my return from vacation, at approximately 2107, Monday, June 26, 2017, Ms. Lynce asked if I had any questions after she and Ms. Lerman read the charges against me.  At that moment, I couldn't think of any questions.  But I thought of some questions afterwards that are important, going forward.  Especially in light of my filing with the EEOC.


    I ask your intervention with Ms. Lynce to obtain the answers to my questions.  Thank you.


Frank Dundee


---

**From:** Dundee, Frank
**Sent:** Friday, July 07, 2017 9:40 PM
**To:** Lynce, Danialle
**Subject:** RE: Step One Complaint Resolution

Hi Danialle,


    Thank you for cancelling the appeal.  However, I did have some questions, that I relayed in that last email.  I have copied and pasted them below.  I appreciate your consideration with timely answers.

    ***Danialle,***


    *I have decided, since I am filing charges of retaliation with the EEOC, that it is not in my best interest to proceed with the UH appeal process.   Regardless, I have several questions:   For the record, I assume since the emails were sent to Ms. Besselman that she filed the complaint that led to the corrective action?  I also assume that Mr. Frost filed a complaint, as well?  Correct me if I am wrong in those assumptions.  Lastly, what was the name of the security guard who was present in*

1

K

*the HR anteroom during the corrective action meeting on June 26, 2017?Thank you*
*for your consideration and expedience in this matter.*


*Frank Dundee, R.Ph.*


**Frank Dundee** <fdundee@gmail.com>                                              Jul
                                                                                  11

to me

Hi Ms. Henoch.

I was surprised not to find a response today regarding my inquiry into the specifics of my corrective
action on the evening of June 26, 2017. You may have been otherwise occupied, so I will give you the
benefit of the doubt. However, when coupled with the two occasions in which Ms. Lynce failed to
answer my most basic questions, it is concerning.

Since the two emails involved in my corrective action were addressed to Ms. Besselman, I am left to
assume that she took issue with the phrases that Ms. Lerman raised to the level of my being
terminated; two complimentary phrases, "You're a good kid", in reference to Ms. Besselman, and "A
nice boy", in reference to Mr. Frost. I also assume that Ms. Besselman and Mr. Frost took offense at
the empathetic phrase, "he's a pup", meant to confer a message of understanding for Mr. Frost's
negative reaction to implementing the inventory suggestion, due to his lack of experience, a time of life
all of us pass through in our careers.

From the lack of response to my inquiry, from Ms. Lynce and you, I'm suspicious that possibly neither
Ms. Besselman, nor Mr. Frost, took issue with those phrases, at all. In fact, since the emails were to
Ms. Besselman, I am left to wonder how Mr. Frost would be aware of them? I consider both Ms.
Besselman and Mr. Frost friends, which raises my suspicions about the entire corrective action
process, in light of my unanswered queries.

Is it possible that my emails were targeted and under surveillance by HR? If so, why? Also, is anyone
else complicit, outside of Ms. Lerman and Ms. Lynce?

In addition, I am left to wonder why a security guard was in the anteroom to the HR office on that
evening? Was he there to lend gravitas? Was he there because he was told that I might react
violently? Was he there to add to the threatening environment? That is why I need his name so that
the EEOC may request that information from him.

When an exemplary employee, such as myself, is completely blindsided and faced with being
terminated from a corrective action over phrases any reasonable person would consider innocuous, he
should at least be able to get a clear picture of how this evolved, from A to Z.

Increasingly, this situation is reminiscent of what Howard Baker said years ago about the Watergate
break-in, "It is almost always the cover-up rather than the event that causes trouble." I hope you can
shed some light on the situation as I inexplicably find myself defending my life.

Frank Dundee, R.Ph.



**Frank Dundee** <fdundee@gmail.com>                                                    Jul 19

to me

Hello Frank,

The emails in which you made inappropriate age-related comments were forwarded to a member of the HR team.  This was concerning given the lack of professional behavior as discussed with you in the past.

The protective services officer's name is Adam Gilger.

Thank you,
Danialle

**Frank Dundee** <fdundee@gmail.com>                                                    Jul 22

to me

Hi Ms. Henoch.

Thank you for your assistance regarding the corrective action of June 26, 2017.  Ms. Lynce did reveal the name of the security guard.  But her answer, below, regarding who initiated the complaint that led to the corrective action I found confusing and ambiguous:

*Both* emails were sent, from me, directly to a member of the HR team, Rebecca Besselman.  **They weren't forwarded to Ms. Besselman.**  They were never sent to Mr. Frost.  So who, after reading the emails that were sent to Ms. Besselman, in confidence, forwarded the emails to a member of the HR team?  And how did this person get access to the emails?  Ms. Lynce's email reply, above, raised more red flags in my mind.

Which raises another question:  If Ms. Besselman, who is on HR staff, felt that my comments warranted a corrective action, why wasn't she the one to hold the meeting on June 26, 2017?

In fact, the Compliance Office mandated, several years ago, that Ms. Besselman is to be at all my yearly evaluations and any corrective actions, in which Ms. Lerman is involved.  In which case, Ms. Besselman, not Ms. Lynce, should have been at the corrective action on June 26, 2017.

I hope that you can look into this a bit more for me, because I am still confused on the exact manner in which this transpired.  I remain concerned that my emails were targeted.  I thank you for your help in this matter.

Frank Dundee, R.Ph.

3