

L

Employee Assistance Program
Conditions of Employment

Compliance Contract

between

Frank Dundee

Employee

and the

**Employee Assistance Program Counselor**

I understand that my supervisor referred me to the Employee Assistance Program (EAP) as a Mandatory Referral. I understand that my EAP assessment resulted in certain recommendations and I must comply with them.

I understand that my compliance with the EAP attendance recommendation and treatment plan must be monitored as determined by the EAP counselor. If I do not comply with the recommendation and/or treatment plan within ____ week (s) my supervisor and /or HR will be informed. Non-compliance may result in corrective action up to and including discharge.

The EAP recommendation/treatment plan requirements are as follows: attend evaluation with Warren Aitken Ph.D follow recommendations. Follow-up with EAP as scheduled.

I understand and agree to comply with the conditions of this Contract.

[signature] Employee — Date: 7-26-17

[signature], LPCC EAP Counselor — Date: 7/26/17

# ATTACHMENT A

## Authorization for Release of Medical Information

University Hospitals

AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Records to be released from:

Cleveland Medical Center ☐ Ahuja ☐ Bedford ☐ Conneaut ☐ Geneva ☐ Geauga ☒ Richmond ☐ UH Home Care ☐ UHPS ☐

Patient Name (Please Print) DUDEE [illegible] (Last) (First) (M.I.)

Date of Birth 3-17-53 Social Security Number (last four digits)

Address 7707 [illegible] Tr Phone Number (330) 226-2662

[illegible], OH Medical Record Number

Prior MR #

Treatment Date(s) 7-26-17

**Please Release Medical Information to the Following Recipient:** Warren [illegible], Ph.D.

Name of Person or Organization Phone #

Address Mailstop

City State Zip Code Fax #

Purpose of Disclosure Evaluation

**Description of Information to be Released:**

☐ Abstract Summary (includes all items)

| | | |
|---|---|---|
| ☐ Admission Form | ☐ Facesheet / Demographic | ☐ Physical Therapy |
| ☐ Discharge Summary | ☐ Lab Reports | ☐ Entire Record |
| ☐ Emergency Room Report | ☐ Radiology Report | ☐ Physician's Notes |
| ☐ History & Physical | ☐ EKG Report | ☐ Other |
| ☐ Consultation Report | ☐ Pathology Report | |
| ☐ Operative Report | ☐ Card Cath Report | |

The undersigned authorizes UH EAP [illegible] (Disclosing Institution) [illegible] to release information from my medical record as [illegible] above. I understand [illegible] that the medical record may [illegible] information regarding psychiatric disorders, human immune virus (HIV) test results, Acquired Immune Deficiency Syndrome (AIDS), AIDS-related conditions, alcohol and/or drug dependence [illegible]. I also understand that information used or disclosed according to this authorization may be subject to redisclosure by the recipient and may no longer be protected. My failure to sign this authorization may [illegible] my information [illegible] released.

I understand that I have a right to revoke this authorization [illegible] I understand that [illegible] this authorization [illegible] in writing and present my written revocation to the [illegible] Information Management Department. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right [illegible]. Unless otherwise revoked, this authorization will expire on the following date, event or condition: [illegible]. If I fail to specify an expiration date, event or condition, this authorization will expire in one year.

I understand that treatment, payment, enrollment or eligibility for benefits will not be conditioned on my failure to sign this authorization.

I understand there may be charges for the [illegible] and release of information and [illegible].

x [signature] 7-26-17

Signature of Patient/Legal Representative Date Signed

☐ Patient unable to sign

Description of Legal Representative's Authority to Act on Behalf of Patient (if applicable)

[illegible]

"HIM13018"

Patient ID Label

GM-61 – Accessing Protected Health Information
Owner: Health Information Management
Revised: March 2017
Page 8 of 8
Uncontrolled document – printed version only reliable for 24 hours

# ATTACHMENT A

## Authorization for Release of Medical Information

University Hospitals

AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Records to be released from:

Cleveland Medical Center ☐ Ahuja ☐ Bedford ☐ Conneaut ☐ Geneva ☐ Geauga ☒ Richmond ☐ UH Home Care ☐ UHPS ☐

Patient Name (Please Print) Dudley (Last) Frank (First) (MI)

Date of Birth 5-17-53 Social Security Number (last four digits)

Address 7707 [illegible] Dr [illegible], OH Phone Number (330-726-2662

Medical Record Number

Prior MR #

Treatment Date(s) 1-26-17

**Please Release Medical Information to the Following Recipient:**

Name of Person or Organization Phone #

Address Mailstop

Fax #

City State Zip Code

Purpose of Disclosure [illegible] ☐ [illegible]

**Description of Information to be Released:**

- ☐ Pertinent Summary (includes all items)
- ☐ Admission Form
- ☐ *Discharge Summary
- ☐ *Emergency Room Report
- ☐ *History & Physical
- ☐ *Consultation Report
- ☐ *Operative Report
- ☐ Facesheet/Demographics
- ☐ Lab Reports
- ☐ *Radiology Report
- ☐ *EKG Report
- ☐ *Pathology Report
- ☐ *Card Cath Report
- ☐ Physical Therapy
- ☐ Entire Record
- ☐ Physician's Notes
- ☐ Other

I [illegible] authorize UH EAP [illegible] Disclosing Institution and its employees to release information from my medical records as described above. I understand and acknowledge that the medical record may contain information regarding psychiatric disorders, Human Immune Virus (HIV) test results, Acquired Immune Deficiency Syndrome (AIDS), AIDS-related conditions, alcohol and/or drug dependence/abuse. I also understand that information used or disclosed according to this authorization may be subject to redisclosure by the recipient and may no longer be protected. My failure to sign this authorization may result in my information not being released.

I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event, or condition: [illegible] If I fail to specify an expiration date, event or condition, this authorization will expire in one year.

I understand that treatment, payment, enrollment, or eligibility for benefits will not be conditioned on my failure to sign this authorization.

I understand there may be charges for the copying and release of information and accept financial responsibility.

x Dudley [signature]

Signature of Patient/Legal Representative Date Signed

☐ Patient unable to sign

Description of Legal Representative's Authority to Act on Behalf of Patient (if applicable)

[illegible]

*HIM13018*

Patient ID Label

GM-61 - Accessing Protected Health Information
Owner: Health Information Management
Revised: March 2017
Page 8 of 8
Uncontrolled document - printed version only reliable for 24 hours

# ATTACHMENT A

## Authorization for Release of Medical Information

University Hospitals

AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Records to be released from:

Cleveland Medical Center ☐ Ahuja ☐ Bedford ☐ Conneaut ☐ Geneva ☐ Geauga ☒ Richmond ☐ UH Home Care ☐ UHPS ☐

Patient Name DUDEK FRANK
Please Print Last First MI

Date of Birth 8-17-53 Social Security Number (last four digits)

Address 7707 [illegible] Phone Number 330-726-2662
[illegible] Medical Record Number
Prior MR #

Treatment Date(s) 7-26-17

Please Release Medical Information to the Following Recipient: [illegible]
Name of Person or Organization [illegible] Phone #
Address Mailstop
Fax #
City State Zip Code

Purpose of Disclosure [illegible] ☐ [illegible]

**Description of Information to be Released:**

- ☐ [illegible]
- ☐ [illegible]
- ☐ Discharge Summary
- ☐ Emergency Room Report
- ☐ History & Physical
- ☐ Consultation Report
- ☐ Operative Report
- ☐ [illegible]
- ☐ Radiology Report
- ☐ EKG Report
- ☐ Pathology Report
- ☐ Card Cath Report
- ☐ Physical Therapy
- ☐ [illegible]
- ☐ Physician's Notes
- ☐ Other

[illegible] UH EAP [illegible] I understand and acknowledge that the medical record may contain information regarding psychiatric disorders, Human Immune Virus (HIV) test results, Acquired Immune Deficiency Syndrome (AIDS), AIDS-related conditions, alcohol and/or drug dependence/abuse. I also understand that information used or disclosed according to this authorization may be subject to redisclosure by the recipient and may no longer be protected. My failure to sign this authorization may result in my information not being released.

I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event, or condition: [illegible] If I fail to specify an expiration date, event or condition, this authorization will expire in one year.

I understand that treatment, payment, enrollment or eligibility for benefits will not be conditioned on my failure to sign this authorization.

I understand there may be charges for the copying and release of information and accept financial responsibility.

x [signature] 7-26-17
Signature of Patient/Legal Representative** Date Signed

☐ Patient unable to sign

Description of Legal Representative's Authority to Act on Behalf of Patient (if applicable)

[illegible]

*HIM13018*

Patient ID Label

# ATTACHMENT A

## Authorization for Release of Medical Information

University Hospitals

AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Records to be released from:

Cleveland Medical Center ☐ Ahuja ☐ Bedford ☐ Conneaut ☐ Geneva ☐ Geauga ☒ Richmond ☐ UH Home Care ☐ UHPS ☐

Patient Name DUNDEE ERNIE
Please Print Last First MI

Date of Birth 8-17-53 Social Security Number (last four digits) ______

Address 7707 Ambrwood Dr. Phone Number (330) 726-2662
Boardman OH Medical Record Number ______
Prior MR # ______

Treatment Date(s) 7-26-17

Please Release Medical Information to the Following Recipient: Cincinnati Lipma AK
Name of Person or Organization ______ Phone # ______
Address ______ Mailstop ______
Fax # ______
City State Zip Code

Purpose of Disclosure EAP compliance, recommendation

**Description of Information to be Released:**

☐ [illegible]

| | | |
|---|---|---|
| ☐ Admission Form | ☐ Facesheet / Demographics | ☐ Physical Therapy |
| ☐ *Discharge Summary | ☐ Lab Reports | ☐ Entire Record |
| ☐ *Emergency Room Report | ☐ *Radiology Report | ☐ Physician's Notes |
| ☐ *History & Physical | ☐ *EKG Report | ☐ Other ______ |
| ☐ *Consultation Report | ☐ *Pathology Report | |
| ☐ *Operative Report | ☐ *Card Cath Report | |

[illegible] UH EAP [illegible] information [illegible] as described above. I understand and acknowledge [illegible] information regarding psychiatric disorders, Human Immune [illegible] test results, Acquired Immune Deficiency Syndrome (AIDS) AIDS-related condition [illegible] drug dependency/abuse. [illegible] that information used or disclosed [illegible] authorization may be subject to redisclosure by the recipient and may no longer be protected. My failure to sign this authorization may result in [illegible] information [illegible].

I understand that I have a right to revoke this authorization at any time [illegible] I must do so in writing and present my written revocation to the health information management department. I understand that the revocation [illegible] information that has already been released [illegible] authorization. I understand that the revocation will not apply to [illegible] insurance company when the law provides my insurer [illegible] to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition: [illegible] to specify an expiration date, event or condition, this authorization [illegible] one year.

I understand that treatment, payment, enrollment or eligibility for benefits will not be conditioned on my failure to sign this authorization.

I understand there may be charges for the copying and release of information and accept financial responsibility.

x ______ 7 26 17
Signature of Patient/Legal Representative** Date Signed

☐ Patient unable to sign

Description of Legal Representative's Authority to Act on Behalf of Patient (if applicable)

[illegible]

*HIM13018*

Patient ID Label