

                                                                                                    Frank Dundee <fdundee@gmail.com>

## Ethics Complaint

**Frank Dundee** <fdundee@gmail.com>                                                                    Fri, Jul 28, 2017 at 8:00 AM
To: "Henoch, Wendy B" <Wendy.Henoch@uhhospitals.org>

Hi Ms. Henoch,

The Compliance Department encourages all UH employees to report ethics violations or unethical behavior. **For that reason I am making a formal complaint regarding the unethical use of the Employee Assistance Program (EAP) by the Human Resources Department at UH Geauga.** A reasonable person could infer that the EAP has been weaponized by Geauga HR to, in effect, degrade, humiliate, harass and intimidate employees by remanding them to a series of sessions under the facade of "helping" to rehabilitate the employee. A student of history might compare this to the Soviet Union's practice of sending dissidents to mental wards. This is unethical.

I endured an extremely stressful and intrusive session, for over two hours, with EAP agent David Riccardi on 7/26/2017. The questions I was asked were deeply personal and humiliating. I was forced to sign documents under the threat of termination. I am also being forced to endure a psychiatric examination of over 3 hours on 8/1/2017, which is demeaning and humiliating.

There is nothing at all that is "benign" or for my benefit in this process. It is right out of Orwell's "1984." My life is in the hands of an EAP agent, who works for UH and a psychiatrist being paid by UH. Each of those persons have their own built-in biases as they form an opinion of me in a matter of hours. The EAP agent at the meeting on 7/26/2017 could not follow my description of events that had occurred over the last four years, mixing up people and dates, so how can he form a cogent opinion of the circumstances than landed me in his office? It is unethical that any employee be judged in such a cursory and specious manner.

I have upper motor neuron disease which has resulted in **hyperreflexia\*** in all of the my muscles below the waste. It affects my ability to walk, as well as my excretory functions, urination and defecation. A quick Google search will show how stress worsens this condition. It is two days after the meeting with the EAP agent and I am still having difficulty walking, driving a car and extreme difficulty with my excretory functions. A reasonable person would say this amounts to cruel and unusual punishment.

**For my personal health, with hyperrefelxia, I cannot endure a three hour session with a psychiatrist on 8/1/2017, nor can I endure anymore sessions with the EAP.** Since I have filed a charge with the EEOC over the actions of my supervisor and HR, **I would ask that you hold any further sessions with the EAP agent and the psychiatrist in abeyance until that investigation is complete.** If the Compliance Department wants to correct unethical behaviors within the University Hospitals System, this might be a good place to begin.

I thank you for your assistance.

Frank Dundee, R.Ph.     cell: 330-398-8274


\*Hyperreflexia (or hyper-reflexia) is defined as overactive or over-responsive reflexes. Examples of this can include twitching or spastic tendencies, which are indicative of upper motor neuron disease as well as the lessening or loss of control ordinarily exerted by higher brain centers of lower neural pathways.