

November 6, 2017

Frank Dundee
7707 Amberwood Trail
Boardman, OH 44512

Dear Mr. Dundee:

On June 26, 2017, Human Resources met with you to administer a Final Written Warning in accordance with UH Policy HR – 72, and to refer you to the Employee Assistance Program ("EAP") for a Tier II Mandatory Referral due to violation of our Professional Behavior policy and Code of Conduct. You met with EAP on July 26, 2017. During that meeting it was mandated that you follow up for an evaluation with a specific provider. Human Resources was notified that you initially made an appointment for the mandated follow up, however you subsequently cancelled the appointment.

As has been discussed with you on numerous occasions, your behavior in the workplace has been unprofessional and considered harassing by other employees. The initial referral to EAP and subsequent recommendation that you follow up for an evaluation is an effort to assist you in improving your communications and professional relationships in the workplace.

In a letter dated August 4, 2017, you indicated that you are seeking preliminary relief from attending the mandated evaluation. Specifically, you stated that you could not endure a three hour session with a provider due to personal health issues and also that until the Compliance investigation is complete, you will not follow up with the mandated evaluation. As communicated to you by Compliance, the investigation is complete and the outcome was reported to you by Wendy Henoch on July 28, 2017. If personal health issues are preventing you from complying with the mandated referral, please provide EAP with a written notice from your physician.

Otherwise, it is expected that you comply with the mandated referral by EAP. Please contact Jill Fulton, Manager, Employee Assistance at 216-844-1982, and she will facilitate the appointment. If you do not comply with this referral by initiating contact with Ms. Fulton by December 7, 2017, or advise of a scheduled appointment by that date, you will be subject to additional corrective action up to and including termination.

Please be advised that you will continue to be held to the professional behavior and standards expected of all UH employees in compliance with UH policies and the Code of Conduct.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Shawn Osborne
Vice President, Pharmacy & Supply Chain Services

Heather M. Harmon, J.D., PHR
Vice President of Human Resources
And Organizational Development & Learning