# Curriculum Vitae
# Frank D. Dundee, R.Ph.

1967 to 1971 Cardinal Mooney High School, Youngstown, Ohio: graduated with honors.

1971 to 1973 Youngstown State University, Youngstown, Ohio: pre-pharmacy.

1973 to 1976 Ohio Northern University, Ada, Ohio: B.S. in Pharmacy, with honors.

**1976 to 2007, Forum Health, Northside Medical Center/Tod Baby's and Children's Hospital: staff/clinical pharmacist with experience in critical care, surgical care, ambulatory care, IV services, parenteral nutrition, oncology services, pediatric services.**

**1979 to 2000, Professional Employees Association, collective bargaining unit: Pharmacy representative (1979 to 1985), grievance man (1979 to1985), negotiating team (1979, 1983, 1986, 1989, 1992, 1995), Board of Director (1979 to 1985; 1997 to 2000), President (1985 to 1996).**

**2007 to 2009, staff/clinical pharmacist for the Cleveland Clinic Dept of Pharmacy: first full-time pharmacist hired into the work at home program.**

**2009 to 2010, Clinical Pharmacist MVI Homecare**

**2010 to present: University Hospital Geauga Community Hospital, staff/clinical pharmacist: critical care, surgical care, ambulatory care, IV services, parenteral nutrition, oncology services,**

**1999 to 2009, President, Kids N Kures, Inc., D.B.A. Kids'n Cures Pharmacy retail pediatric community pharmacy. Locations: Boardman, Ohio; Howland, Ohio, Beachwood, Ohio.**

1997 NCPA certificate program in Pharmaceutical Care

1

1997 NCPA certificate program in Diabetes Care

1997 American College of Apothecaries certificate program in Respiratory care

1998 American College of Apothecaries pharmacy ownership certificate program

1998 Innovative Practitioner Grant AphA Foundation

1999 Innovative Practitioner Grant AphA Foundation

2000 Innovative Practitioner Grant AphA Foundation

2000-2001 Project Impact study participant for pediatric asthma, APhA Foundation

2002 Ohio Pharmacists Association Convention speaker on innovative practice.

2002 Professional Compounding Centers of America keynote speaker on pediatric practice innovation.

2002 to 2009: advisory board Ohio Bureau of Children with Medical Handicaps.

2004 to 2009: Appointed to the advisory board for Mahoning County Head Start program.

2005 to present Journal Of The American Pharmaceutical Association peer review board.

2016 10th Annual PharmSci Conference, Chapel Hill, NC, speaker on childrens' medication safety.

2