IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DOMINIC DUNDEE, | ) | CASE NO. 1:19CV01141 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | MAGISTRATE JUDGE JONATHAN D. |
| v. | ) | GREENBERG |
| | ) | |
| UNIVERSITY HOSPITALS | ) | |
| CORPORATION, et al., | ) | **NOTICE OF SUBSTITUTION OF** |
| | ) | **COUNSEL** |
| Defendants. | ) | |

PLEASE TAKE NOTICE that Rachael L. Israel of the law firm of Giffen & Kaminski, LLC, 1300 East Ninth Street, Suite 1600, Cleveland, Ohio 44114, hereby appears as counsel for Defendant University Hospitals Health Systems, Inc. ("UHHS") in substitution of Donald C. Bulea, who will no longer be counsel of record for the above-captioned matter. The Clerk of Courts is requested to make the appropriate entries in the record and to forward copies of all future correspondence, notices, et cetera to the undersigned.

Respectfully submitted,

/s/ Rachael L. Israel
Kerin Lyn Kaminski (0013522)
Rachael L. Israel (0072772)
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: 216-621-5161
Facsimile: 216-621-2399
E-mail: kkaminski@thinkgk.com
risrael@thinkgk.com
**Counsel for Defendant University Hospitals Health Systems, Inc.**

## **CERTIFICATE OF SERVICE**

I certify that on February 3, 2020, a true and correct copy of this *Notice of Substitution of Counsel* was served via Regular U.S. Mail, postage prepaid, upon the following Parties:

Frank Dominic Dundee
7707 Amberwood Trail
Boardman, Ohio 44512
**Pro Se Plaintiff**

                          */s/ Rachael L. Israel*
                          Rachael L. Israel (0072772)
                          **Counsel for Defendant University Hospitals Health Systems, Inc.**