# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| FRANK DOMINIC DUNDEE, | DATE: February 24, 2020 |
| Plaintiff, | CASE NO. 1:19cv01141 |
| | JUDGE DAN AARON POLSTER |
| vs. | |
| UNIVERSITY HOSPITALS CORP., | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendant. | COURT REPORTER: n/a |

| Plaintiff: | Attorney for Defendant: |
|---|---|
| Frank Dundee, *pro se* | Rachael Israel |
| | Defendant's Representative: |
| | Marcie Mason |

PROCEEDINGS:

A status conference was conducted with the above-listed participants. Defendant's oral motion to withdraw its Motion for a Protective Order (Doc. No. 37) is GRANTED, rendering Defendant's Objection (Doc. No. 38) moot. Defendant's Motion to Defer Ruling on Plaintiff's Motion for Summary Judgment (Doc. No. 36) was unopposed, and is GRANTED IN PART and DENIED IN PART. Defendant has until April 16, 2020, to respond to Plaintiff's Motion for Summary Judgment (Doc. No. 31).

     45 minutes
Total Time

 

*s/ Jonathan D. Greenberg*
United States Magistrate Judge