IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DOMINIC DUNDEE, | ) | CASE NO. 1:19 CV 01141 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| UNIVERSITY HOSPITALS | ) | |
| CORPORATION, et al., | ) | |
| | ) | **MOTION TO EXTEND DISPOSITIVE** |
| Defendants. | ) | **MOTION DEADLINES** |
| | ) | |
| | ) | |

NOW COMES Defendant University Hospitals Health Systems, Inc. ("University Hospitals"), by and through undersigned counsel, and hereby moves this Honorable Court for an extension of the dispositive motion deadlines. Due to exposure to a confirmed case of COVID-19, lead counsel for University Hospitals has temporarily lost her childcare and may herself have been exposed to coronavirus. In an abundance of caution, all exposed individuals are increasing their self-quarantine measures for the next two weeks.

University Hospital's Brief in Opposition to Plaintiff's Motion for Summary Judgment is currently due on April 16, 2020 (DOC ID #39), and its dispositive motion is due on April 17, 2020 (DOC ID #23). University Hospitals respectfully requests an extension of both deadlines through and including May 18, 2020.

This request is being made in the interests of justice, so that University Hospitals has a full and fair opportunity to present argument on summary judgment. It is not being made for the purpose of delay.

Respectfully submitted,

*/s/ Rachael L. Israel*
Kerin Lyn Kaminski (0013522)
Rachael L. Israel (0072772)
GIFFEN & KAMINSKI, LLC
1300 East Ninth Street, Suite 1600
Cleveland, Ohio 44114
Telephone: 216-621-5161
Facsimile: 216-621-2399
E-mail: kkaminski@thinkgk.com
risrael@thinkgk.com
**Counsel for Defendant University Hospitals Health Systems, Inc.**

## CERTIFICATE OF SERVICE

I certify that on April 8, 2020, a true and correct copy of this *Motion for Extension of Dispositive Motion Deadlines* was served via Electronic Mail upon the following Parties:

Frank Dominic Dundee
7707 Amberwood Trail
Boardman, Ohio 44512
fdundee@gmail.com
**Pro Se Plaintiff**

                                    */s/ Rachael L. Israel*
                                    Rachael L. Israel (0072772)
                                    **Counsel for Defendant University Hospitals Health Systems, Inc.**