IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DOMINIC DUNDEE, | ) | CASE NO. 1:19-CV-01141 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY HOSPITALS CORPORATION, et al., | ) ) | **NOTICE OF FILING DEPOSITION TRANSCRIPT OF PLAINTIFF FRANK DUNDEE** |
| Defendants. | ) ) ) | |

PLEASE TAKE NOTICE that Defendant University Hospitals Health Systems, Inc., by and through undersigned counsel, hereby gives notice of the filing of the deposition transcript of Plaintiff Frank Dundee, taken on March 10, 2020.

        Respectfully submitted,

        */s/ Rachael L. Israel*
        Kerin Lyn Kaminski (0013522)
        Rachael L. Israel (0072772)
        GIFFEN & KAMINSKI, LLC
        1300 East Ninth Street, Suite 1600
        Cleveland, Ohio 44114
        Telephone:  216-621-5161
        Facsimile:  216-621-2399
        E-mail:    kkaminski@thinkgk.com
                      risrael@thinkgk.com
        ***Counsel for Defendant University Hospitals Health Systems, Inc.***

## **CERTIFICATE OF SERVICE**

I certify that on May 14, 2020, a true and correct copy of this *Notice of Filing Deposition of Plaintiff* was served via Electronic Mail upon the following Parties:

Frank Dominic Dundee
7707 Amberwood Trail
Boardman, Ohio 44512
**Pro Se Plaintiff**

        */s/ Rachael L. Israel*
        Rachael L. Israel (0072772)
        **Counsel for Defendant University Hospitals Health Systems, Inc.**