# Defendant University Hospitals's Index of Exhibits in Support of Summary Judgment

1. **Declaration of Rachael Lerman, Pharm.D., BCPS**

    A.  2013 Staff Self Assessment                                (UH-Dundee 0001-0002)

    B.  3/27/2013 Performance Evaluation                          (UH-Dundee 0003-0007)

    C.  3/29/2013 Addendum to Performance Evaluation              (UH-Dundee 0008)

    D.  10/2/2013 Corrective Action                               (UH-Dundee 0011-0012)

    E.  10/3/2013 Addendum to Corrective Action                   (UH-Dundee 0013)

    F.  3/10/2014 Performance Evaluation                          (UH-Dundee 0037-0041)

    G.  3/10/2014 Addendum to Performance Evaluation              (UH-Dundee 0045-0046)

    H.  10/20/2014 PIP                                            (UH-Dundee 0047-0048)

    I.  10/21/2014 Addendum to PIP                                (UH-Dundee 0049)

    J.  1/27/2015 PIP 90 Day Follow Up                            (UH-Dundee 0057-0058)

    K.  1/26/2015 Addendum to PIP 90 Day Follow Up                (UH-Dundee 0059)

    L.  5/3/2016 PIP                                              (UH-Dundee 0077-0078)

    M.  5/1/2016 Email to Gary Fay                                (UH-Dundee 0075-0076)

    N.  6/14/2016 Corrective Action                               (UH-Dundee 0099-0100)

    O.  10/1/2013 Email to Lerman                                 (UH-Dundee 0009-0010)

    P.  6/26/2017 Corrective Action                               (UH-Dundee 0185-0187)

    Q.  6/27/2017 Addendum to Corrective Action                   (UH-Dundee 0190)

2. **Declaration of Danialle Lynce**

   A. 11/19/2013 EEOC Dismissal and Notice of Rights (UH-Dundee 0034)

   B. 11/7/2014 Ltr. to Paralegal Katie Perry (UH-Dundee 0053)

   C. 6/15/2016 Appeal (UH-Dundee 0101, 0105)

   D. 6/26/2016 Internal Complaint (UH-Dundee 0109-0111)

   E. 8/3/2016 Email to Dundee (UH-Dundee 0146)

   F. Policy HR-85 – Employee Assistance Program (UH-Dundee 0501-0504)

   G. OCRC Charge CLE B4 (44538) 03172018 (026-029)

   H. Excerpt from EAP flier (UH-Dundee 0505)

3. **Declaration of Jason Glowczewski, Pharm.D., MBA**

4. **Declaration of David Riccardi, LPCC, LICDC-CS, NCC**

5. **Declaration of Jill Fulton, LISW-S, LICDC**

   A. June 26, 2017 EAP Referral Form (UH-Dundee 0188)

6. **Excerpts from 3/10/2020 Deposition of Frank Dundee**

   Pages 6-7, 9-22, 26, 37, 42-43, 61-62, 73, 103-104, 107-109, 111-112

   Depo. Ex. 4 – 11/12/2013 EEOC Charge 532-2014-00108

   Depo. Ex. 10 – 7/11/2016 Timekeeping Log

   Depo. Ex. 11 – 7/12/2016 Timekeeping Log

   Depo. Ex. 7 – EEOC Charge 533-2017-01275

   Depo. Ex. 8 – OCRC Charge CLE B4 (44821) 08222018