


Employee Name: Frank Dundee
Date Completed 1-28-13

# 2013 Staff Self Assessment

## What goals did you accomplish since your last evaluation?

I think that I improved the efficiency of certain operations on my shift and I've tried to utilize resources in a more cost-effective manner.

## What goals were you unable to accomplish and what hindered you from achieving them?

Any goals that I was not able to achieve probably had more to do with the physical/mental challenges of working 3rd shift than with any outside hindrance. In most cases, anytime I have a request for something that will improve operations it has been approved.

## What professional goals are you setting for yourself?

A successful career is based on the ability to continuously improve, no matter how far along you are in that career. My goal has never changed from the first day I started in pharmacy to today. Be flexible, be introspective, and treat the job as if it was your personal business. Be dynamic, not static.

## Specific areas of self development you would like to happen are:

I have always been a person who "waits to talk", rather than listen. I always need to improve my listening skills. In my later years I have also become more dismissive of others. Some of that is because of experience and having seen similar situations over the years. But most of it is the hubris of an old man.

## What can Rachael and Jason do to make you more successful?

In my 31 year career at Northside Medical Center I had 27 Directors of Pharmacy. Only 2 were really good. Rachael and Jason are both head and shoulders the best managers I've ever worked for; so they can both make me more successful by staying in their jobs as long as I am here. That may sound "cloying", but I'm a curmudgeon, so it is a legitimate sentiment.

## What do you find most satisfying in your role?

I like to solve problems. I like to work independently and my shift gives me that independence. I like to provide extraordinary service. I like to anticipate needs and have what is needed in the person's hands. I like to mentor staff and students about life and pharmacy. I like to make people laugh.

## What do you find least satisfying in your role?

Least satisfying are things that are outside of my control on the nursing units; not knowing the logistics of their operations because that hinders communication and services.

Annual Review Date 3/27/13
Employee Initials FD
Supervisor Initials RU
Manager Initials

Semi Annual Review Date ________
Employee Initials ________
Supervisor Initials ________
Manager Initials ________

EXHIBIT
1-A




Employee Name: ________
Date Completed ________

# 2013 Staff Self Assessment

What can UH do to make you more successful?

Based on the UH Pillars, what can you do to help the department this year?

| Finance | Quality |
|---|---|
| Try to be a good steward of resources. Stop waste and inefficiency. Improve delivery of medications | Try to suggest ways to improve drug delivery to improve timeliness, decrease waste and improve accuracy |
| **Patient Satisfaction / Service Excellence** | **Engagement** |
| Try to suggest ways to improve drug delivery to improve timeliness, decrease waste and improve accuracy | Try to understand the needs of staff outside of the department of pharmacy and improve relations by meeting those needs |

Annual Review Date ________
Employee Initials ________
Supervisor Initials ________
Manager Initials ________

Semi Annual Review Date ________
Employee Initials ________
Supervisor Initials ________
Manager Initials ________