
# University Hospitals

**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

| Employee (print name): | Frank Dundee – ID 1134745 | Department: | Pharmacy |
|---|---|---|---|
| Date: | 3/21/13 | Title: | Pharmacist |

## 1 Goals 2012

| Major Goals (start of year) | Measurements/Observations (end of year) |
|---|---|
| 1. Improve nursing satisfaction with pharmacist customer service<br>2. Forward ideas to pharmacy manager in a positive and collaborative way<br>3. Learn and implement heart failure counseling for inpatients at discharge | 1. ongoing. Please limit use of speakerphone<br>2. ongoing with success<br>3. required in 2013. |

## 2 Job-Specific Competencies (attach job specific competencies if applicable)

Assess which competencies have been met and how the employee can develop the competencies that need improvement.

| Does Not Meet Expectations | ☐ | Meets Expectations | ☒ |
|---|---|---|---|

**Recommendations for Improvement**

## 3 UH Values

| UH Values | Evaluation |
|---|---|
| **Excellence**<br>We have a continuous drive for excellence and are always seeking ways to improve the health of those who rely on us.<br>**Observable Behaviors**<br>• Sets standards for excellence—Establishes criteria and/or work procedures to achieve a high level of quality, productivity, or service.<br>• Ensures high quality—Dedicates required time and energy to assignments or tasks to ensure that no aspect of the work is neglected; works to overcome obstacles to completing tasks or assignments. | ☐ Consistently Exceeds Expectations<br>☒ Consistently Meets Expectations<br>☐ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:* |
| **Diversity**<br>We embrace diversity in people, ideas, experiences and perspectives.<br>**Observable Behaviors**<br>• *Seeks understanding—Establishes relationships with and learns more about people of other cultures and backgrounds (i.e., their special issues, social norms, decision-making approaches, and preferences).* | ☐ Consistently Exceeds Expectations<br>☒ Consistently Meets Expectations<br>☐ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:* |



# UH Performance Evaluation
## ASSOCIATE & PROFESSIONAL

| | |
|---|---|
| • Uses diversity as an advantage—Seeks out and uses ideas, opinions, and insights from diverse sources. | |
| **Integrity**<br>We have a shared commitment to do what is right.<br>**Observable Behaviors**<br>• Stays true to self—Acts in accordance with one's own values, standards, and beliefs even when under pressure; ensures that words and actions are consistent across situations.<br>• *Acts with integrity—Adheres to moral, ethical, and professional standards, regulations, and organizational policies; keeps commitments to promised actions.* | ☐ Consistently Exceeds Expectations<br>☒ Consistently Meets Expectations<br>☐ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br>*Observations / Recommendations:* |
| **Compassion**<br>We have genuine concern for those in our community and treat them with respect and empathy.<br>**Observable Behaviors**<br>• *Conveys respect—Uses language and behavior that consistently reflect and enhance the dignity of diverse patients, partners, and employees; takes actions that show consideration for cultural concerns and expectations; continually examines own biases and behaviors to avoid stereotypical responses.*<br>• Maintains relationships—Presents a positive disposition and maintains constructive interpersonal relationships even when under stress. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br>*Observations / Recommendations:* |
| **Teamwork**<br>We work collaboratively as an integrated team to improve patient care and performance.<br>**Observable Behaviors**<br>• Informs others on team—Shares important or relevant information with the team.<br>• *Models commitment—Adheres to the team's expectations and guidelines; fulfills team responsibilities; demonstrates personal commitment to the team.* | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br>*Observations / Recommendations:* |



**University Hospitals**

**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

## 4 UH Core Behaviors

| UH Core Behaviors | Evaluation |
|---|---|
| **Managing Work (includes Time Management)**<br>Effectively managing one's time and resources to ensure that work is completed efficiently.<br>**Observable Behaviors**<br>• Prioritizes—Identifies more critical and less critical activities and tasks; adjusts priorities when appropriate.<br>• Makes preparations—Ensures that required equipment and/or materials are in appropriate locations so that own and others' work can be done effectively.<br>• Schedules— Effectively allocates own time to complete work; coordinates own and others' schedules to avoid conflicts.<br>• Leverages resources—Takes advantage of available resources (individuals, processes, departments, and tools) to complete work efficiently.<br>• Stays focused—Uses time effectively and prevents irrelevant issues or distractions from interfering with work completion. | ☐ Consistently Exceeds Expectations<br>☒ Consistently Meets Expectations<br>☐ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:* |
| **Applied Learning**<br>Assimilating and applying new job-related information in a timely manner.<br>**Observable Behaviors**<br>• *Actively participates in learning activities*—Takes part in needed learning activities in a way that makes the most of the learning experience (e.g., takes notes, asks questions, does required tasks).<br>• Quickly gains knowledge, understanding, or skill—Readily absorbs and comprehends new information from formal and informal learning experiences.<br>• Applies knowledge or skill—Puts new knowledge, understanding, or skill to practical use on the job; furthers learning through trial and error. | ☐ Consistently Exceeds Expectations<br>☒ Consistently Meets Expectations<br>☐ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:* |
| **Building Trust**<br>Interacting with others in a way that gives them confidence in one's intentions and those of the organization.<br>**Observable Behaviors**<br>• Operates with integrity—Demonstrates honesty; keeps commitments; behaves in a consistent manner.<br>• Discloses own positions—Shares thoughts, feelings, and rationale so that others understand personal positions.<br>• *Remains open to ideas*—Listens to others and objectively considers others' ideas and opinions, even when they conflict with one's own.<br>• *Supports others*—Treats people with dignity, respect, and fairness; gives proper credit to others; stands up for deserving others and their ideas even in the face of resistance or challenge. | ☐ Consistently Exceeds Expectations<br>☒ Consistently Meets Expectations<br>☐ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:* |

UH-Dundee 0005



**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

| Patient/Colleague Relations | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br>*Observations / Recommendations:* |
|---|---|

Meeting patient, patient family, and colleague needs; taking responsibility for a patient's safety, satisfaction, and clinical outcomes; using appropriate interpersonal techniques to resolve difficult situations and regain patient, patient family, and colleague confidence.

Observable Behaviors

- Seeks to understand patient/colleague needs—Actively seeks information to understand circumstances, problems, expectations, and needs; verifies understanding.

- Meets or exceeds patient/colleague needs—Quickly responds to patient/colleague needs; takes opportunities to exceed patient/colleague needs but avoids over commitments; gains patient/colleague agreement to proposed solutions.

- *"HEARTS"*—Handles upset patients and patient families by Hearing, Empathizing, Apologizing, Responding, Thanking, and Sending.

- Cultivates patient/colleague relationships—Promotes honest and open communication with patients/colleagues; involves patient/colleagues in discussions, listens actively, and maintains patient/colleague self-esteem.

- Educates patients (clinical only)—Shares information with patients and their families to build understanding of available healthcare services, options, risks, and ways to attain optimum health; manages patient expectations.

| Employee promotes the Code of Conduct. | ☒ Yes ☐ No<br>*Observations / Recommendations:* |
|---|---|
| Employee adheres to the Code of Conduct.<br><br>*In order to be eligible for a "Consistently Exceeds Expectations" rating, the employee must promote and adhere to the Code of Conduct. | ☒ Yes ☐ No<br>*If no, please explain:* |

## 5 Evaluate Overall Performance

**Performance Summary**

Frank is a valued member of the pharmacy with significant experience in diverse environments and the ability to provide patient care to the entire hospital alone on night shift. Frank's combination of experience and confidence in his ability to practice pharmacy are appreciated. Frank has many recommendations for improvement within the department and has the innate ability to bring his sense of humor to the department even when he is not in the pharmacy. Since his 2012 evaluation, Frank is communicating his ideas and thoughts more directly to the pharmacy manager and supervisor rather than post strongly worded memos for all of the staff to see.

Recent changes in cart fill and cart exchange have changed the landscape of the night shift, as has the addition of the pneumatic tube system. It is very important to maintain continuity and communication between shifts and of routine activities, such as medication reconciliation and the process for filling Anesthesia boxes. Additional importance is being places on CHF and eventually COPD patient identification to allow all shifts to participate in helping the hospital meet our core measures and HCHAP scores. Overall, Frank's experience, dedication to our pharmacy, and ideas for improvement are greatly appreciated.


**University Hospitals**

## UH Performance Evaluation
ASSOCIATE & PROFESSIONAL

**Overall Performance Rating**                    ☐ Too New (< 6 months)

| ☐ **Does Not Meet Expectations** | ☐ **Frequently Meets Expectations** | ☒ **Consistently Meets Expectations** | ☐ **Consistently Exceeds Expectations** |
|---|---|---|---|
| • The employee infrequently demonstrated job-specific competencies.<br>• The employee infrequently demonstrated UH Values and Core Behaviors.<br>• Few desired results were achieved. | • The employee frequently demonstrated job-specific competencies.<br>• The employee frequently demonstrated UH Values and Core Behaviors.<br>• Many desired results were achieved. | • The employee consistently demonstrated job-specific competencies.<br>• The employee consistently demonstrated UH Values and Core Behaviors.<br>• Most desired results were achieved. | • The employee consistently demonstrated job-specific competencies – usually beyond expectations.<br>• The employee consistently demonstrated UH Values and Core Behaviors – usually beyond expectations.<br>• Most desired results were achieved – usually beyond expectations. |

**Employee Comments**

## 6 Development Opportunities / 2013 Goals

- Maintain the previously consistent process for filling Anesthesia boxes on a one-per-one basis to minimize errors and allow for easy medication tracking
- Identify heart failure and COPD patients for later shifts to educate the patient
- Assist in the expansion of pharmacy technology, including bar-coding all medications at UHGMC
- 
- 

**Employee Signature:** T C Duy

**Date:** 3 / 27 / 2013

**Manager Signature:** Rachael Lerman

**Manager (Print Name):** Rachael Lerman / Jason Glowczewski

**PLEASE SEND TO HUMAN RESOURCES**