
**University Hospitals**

**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

## Overall Performance Rating

☐ Too New (< 6 months)

| ☐ **Does Not Meet Expectations** | ☐ **Frequently Meets Expectations** | ☒ **Consistently Meets Expectations** | ☐ **Consistently Exceeds Expectations** |
|---|---|---|---|
| ▪ The employee infrequently demonstrated job-specific competencies.<br>▪ The employee infrequently demonstrated UH Values and Core Behaviors.<br>▪ Few desired results were achieved. | ▪ The employee frequently demonstrated job-specific competencies.<br>▪ The employee frequently demonstrated UH Values and Core Behaviors.<br>▪ Many desired results were achieved. | ▪ The employee consistently demonstrated job-specific competencies.<br>▪ The employee consistently demonstrated UH Values and Core Behaviors.<br>▪ Most desired results were achieved. | ▪ The employee consistently demonstrated job-specific competencies – usually beyond expectations.<br>▪ The employee consistently demonstrated UH Values and Core Behaviors – usually beyond expectations.<br>▪ Most desired results were achieved – usually beyond expectations. |

**Employee Comments**

*I feel that by all objective and measurable standards of performance of patient care services, that I exceed in every category.  The areas where I can show improvement are ancillary in nature and have been given too much weight in this evaluation, comparatively speaking.    Frank D. Dundee*
*3/29/2013 via email*

## 6 Development Opportunities / 2013 Goals

- Maintain the previously consistent process for filling Anesthesia boxes on a one-per-one basis to minimize errors and allow for easy medication tracking
- Identify heart failure and COPD patients for later shifts to educate the patient
- Assist in the expansion of pharmacy technology, including bar-coding all medications at UHGMC
-
-

| Employee Signature: | | Manager Signature: | *see original eval* |
|---|---|---|---|
| Date: | / / | Manager (Print Name): | Rachael Lerman  3/27/2013<br>Jason Glowczewski |

*for signatures*

**PLEASE SEND TO HUMAN RESOURCES**

Addendum

**EXHIBIT 1-C**

UH-Dundee 0008