October 3, 2013
Please attach this to my discipline report.

Rachael,

    I want you to know that I don't have a problem with you disciplining me for tardiness. <u>Rules are rules and I understand that you have to be consistent</u>. I had no idea that I was late three times. I thought I was compliant.

    My disappointment is the way you saw fit to handle this. First, I was blind-sided, which causes a reaction close to PTSD with me. I walked in groggy from not sleeping well today after working 3rd shift at Ahuja the last 2 days, but happy to be back here. I have never felt any anxiety about coming here to work. That has changed irrevocably. I was caught totally unawares and in no shape to handle such an emotional event. From here on out, I will be wary of everyone and everything in the department from the moment I pull in the parking lot.

    Then, the fact that you felt the need to bring a rep from HR for a "first step", like I'm some sort of miscreant or like you and I are enemies, broke me down. I go over and above for UH and for you as our manager. Ironically, I keep you in the loop so you won't ever be blind-sided. In addition, such a public upbraiding was very hurtful and embarrassing. The entire staff was aware of what was happening. It was not necessary.

    Also having the HR rep warning me that I "need" to punch-in at Ahuja made me feel like I was trying to get away with something when I was the one who asked you for directions on how to punch-in there. I never worked as a "float" before. It also made me feel like you were gathering evidence against me just for that moment. You told me to just record my times in the book, anyway, if I couldn't figure things out. Even if I never punched-in there it should not have been a deal...I was working extra because Jason was desperate for coverage there...I was doing him a favor...it was a hardship on me...and I get upbraided as a reward for doing it.

    My big attraction to Geauga was the fact that, comparatively speaking, this department was drama-free under Jason. There was never any problem with time and attendance with the pharmacist staff. The atmosphere has changed dramatically in the last 6 months and that is a shame. I'm not the only staff member to feel that way. It seems the genie is out of the bottle. So be it.

    No matter what, I will continue to provide the same high level of service to the patients at Geauga as long as I am employed here. That has been what I have done throughout my career, no matter where I've worked, regardless. I also will vigorously defend myself against any action that is harassing in nature, capricious, discriminatory or malicious.

*[signature]*

Frank Dundee, R.Ph.

**EXHIBIT 1-E**

UH-Dundee 0013