
**University Hospitals**

**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

| Employee (print name): | Frank Dundee 1134745 | Department: | Pharmacy - Geauga |
|---|---|---|---|
| Date: | 3/10/2014 | Title: | Staff Pharmacist |

## 1 Goals

| Major Goals (start of year) | Measurements/Observations (end of year) |
|---|---|
| 1. Maintain the previously consistent process for filling Anesthesia boxes on a one-per-one basis to minimize errors and allow for easy medication tracking | 1. Ongoing, with great success |
| 2. Identify heart failure and COPD patients for later shifts to educate the patient | 2. n/a (Revamping patient identification role in 2014) |
| 3. Assist in the expansion of pharmacy technology, including bar-coding all medications at UHGMC | 3. Complete |
| 4. Forward ideas to pharmacy manager in a positive and collaborative way | 4. Ongoing |
| 5. Check EMS boxes | 5. During the review period of 10/25/13 through 12/31/13, no EMS boxes were checked |
| 6. Check crash cart trays | 6. During the review period of 5/25/13 through 12/31/13, no code trays were checked |

## 2 Job-Specific Competencies (attach job specific competencies if applicable)

Assess which competencies have been met and how the employee can develop the competencies that need improvement.

| Does Not Meet Expectations | ☐ | Meets Expectations | ☒ |
|---|---|---|---|

**Recommendations for Improvement**

## 3 UH Values

| UH Values | Evaluation |
|---|---|
| **Excellence**<br><br>We have a continuous drive for excellence and are always seeking ways to improve the health of those who rely on us.<br><br>Observable Behaviors<br><br>• Sets standards for excellence—Establishes criteria and/or work procedures to achieve a high level of quality, productivity, or service.<br><br>• Ensures high quality—Dedicates required time and energy to assignments or tasks to ensure that no aspect of the work is neglected; works to overcome obstacles to completing tasks or assignments. | ☐ Consistently Exceeds Expectations<br>☒ Consistently Meets Expectations<br>☐ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Frank works alone for the majority of his shift. He is competent in his job-specific competencies.<br><br>Frank regularly brings to my attention issues that cannot be rectified on his shift, including a heparin infusion barcoding issue in December, formulary requests, and medication stability. He also shows concern for medication reimbursement. |

**EXHIBIT 1-F**

UNIVERSITY HOSPITALS 2011 – 1

UH-Dundee 0037



# UH Performance Evaluation
## ASSOCIATE & PROFESSIONAL

### Diversity

We embrace diversity in people, ideas, experiences and perspectives.

**Observable Behaviors**

- Seeks understanding—Establishes relationships with and learns more about people of other cultures and backgrounds (i.e., their special issues, social norms, decision-making approaches, and preferences).
- Uses diversity as an advantage—Seeks out and uses ideas, opinions, and insights from diverse sources.

☐ Consistently Exceeds Expectations
☒ Consistently Meets Expectations
☐ Frequently Meets Expectations
☐ Does Not Meet Expectations

*Observations / Recommendations:*
Frank maintains strong relationships with the nurses during night shift. He is also available to help pharmacists at other sites should they have questions (ex: blood borne pathogen exposure at Ahuja).

### Integrity

We have a shared commitment to do what is right.

**Observable Behaviors**

- Stays true to self—Acts in accordance with one's own values, standards, and beliefs even when under pressure; ensures that words and actions are consistent across situations.
- Acts with integrity—Adheres to moral, ethical, and professional standards, regulations, and organizational policies; keeps commitments to promised actions.

☐ Consistently Exceeds Expectations
☒ Consistently Meets Expectations
☐ Frequently Meets Expectations
☐ Does Not Meet Expectations

*Observations / Recommendations:*
Frank is very clear in expressing his own values, standards, and beliefs and documents them on the walls within the pharmacy, through email, and on paper.

### Compassion

We have genuine concern for those in our community and treat them with respect and empathy.

**Observable Behaviors**

- Conveys respect—Uses language and behavior that consistently reflect and enhance the dignity of diverse patients, partners, and employees; takes actions that show consideration for cultural concerns and expectations; continually examines own biases and behaviors to avoid stereotypical responses.
- Maintains relationships—Presents a positive disposition and maintains constructive interpersonal relationships even when under stress.

☐ Consistently Exceeds Expectations
☐ Consistently Meets Expectations
☒ Frequently Meets Expectations
☐ Does Not Meet Expectations

*Observations / Recommendations:*
Frank does not currently have direct patient care on 3rd shift.

Frank had disagreements with a PRN pharmacist and removed her from the schedule in July. He has expressed his opinions of other pharmacist's work directly to me through notes.

### Teamwork

We work collaboratively as an integrated team to improve patient care and performance.

**Observable Behaviors**

- Informs others on team—Shares important or relevant information with the team.
- Models commitment—Adheres to the team's expectations and guidelines; fulfills team responsibilities; demonstrates personal commitment to the team.

☐ Consistently Exceeds Expectations
☐ Consistently Meets Expectations
☒ Frequently Meets Expectations
☐ Does Not Meet Expectations

*Observations / Recommendations:*
Frank's willingness to help cover shifts at Ahuja in 2013 and to cover PTO on nights at Geauga is appreciated.

The time and attendance procedure within the pharmacy was initiated in August 2013. Frank's tardiness have not escalated beyond Confirmation of Counseling.

Frank began filling Anesthesia boxes in 2013. The staff is very happy about this.


**University Hospitals**

**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

## 4 UH Core Behaviors

| UH Core Behaviors | Evaluation |
|---|---|
| **Managing Work (includes Time Management)**<br>Effectively managing one's time and resources to ensure that work is completed efficiently.<br>**Observable Behaviors**<br>• Prioritizes—Identifies more critical and less critical activities and tasks; adjusts priorities when appropriate.<br>• Makes preparations—Ensures that required equipment and/or materials are in appropriate locations so that own and others' work can be done effectively.<br>• Schedules—Effectively allocates own time to complete work; coordinates own and others' schedules to avoid conflicts.<br>• Leverages resources—Takes advantage of available resources (individuals, processes, departments, and tools) to complete work efficiently.<br>• Stays focused—Uses time effectively and prevents irrelevant issues or distractions from interfering with work completion. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Verification of Conneaut's and Geneva's orders for barcodes compliance rolled out smoothly for the hours those sites are closed.<br><br>When Frank uses PTO at the beginning of his shifts, he writes his PTO requests on the calendar within the pharmacy and is adaptive to the needs of the other staff, which is appreciated.<br><br>In the review period from 10/25/13 through 12/31/13, Frank had not checked any EMS boxes. No adult code trays were checked between 5/24/13-12/31/13. |
| **Applied Learning**<br>Assimilating and applying new job-related information in a timely manner.<br>**Observable Behaviors**<br>• Actively participates in learning activities—Takes part in needed learning activities in a way that makes the most of the learning experience (e.g., takes notes, asks questions, does required tasks).<br>• Quickly gains knowledge, understanding, or skill—Readily absorbs and comprehends new information from formal and informal learning experiences.<br>• Applies knowledge or skill—Puts new knowledge, understanding, or skill to practical use on the job; furthers learning through trial and error. | ☐ Consistently Exceeds Expectations<br>☒ Consistently Meets Expectations<br>☐ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Geauga rolled out pharmacist initiated CHF patient education in 2013. The goal was to include all the pharmacist shifts in the process. The patient identification for CHF and COPD will be revamped by pharmacists in 2014 to include all shifts.<br><br>In 2014, all pharmacist staff will be required to participate in CHF and COPD patient education. |
| **Building Trust**<br>Interacting with others in a way that gives them confidence in one's intentions and those of the organization.<br>**Observable Behaviors**<br>• Operates with integrity—Demonstrates honesty; keeps commitments; behaves in a consistent manner.<br>• Discloses own positions—Shares thoughts, feelings, and rationale so that others understand personal positions.<br>• Remains open to ideas—Listens to others and objectively considers others' ideas and opinions, even when they conflict with one's own. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Frank regularly gives me positive feedback on employee performance when someone works very hard, and that information is appreciated.<br><br>Frank discloses his opinions and expresses his reservations at pharmacists moving beyond dispensing to a more direct patient care role. With GMC's success in our CHF patient education and the outpatient pharmacy clinic, additional |

UNIVERSITY HOSPITALS 2011 – 3



# UH Performance Evaluation
## ASSOCIATE & PROFESSIONAL

| | |
|---|---|
| • Supports others—Treats people with dignity, respect, and fairness; gives proper credit to others; stands up for deserving others and their ideas even in the face of resistance or challenge. | emphasis will be placed on maintaining our CHF successes and initiating COPD counseling in 2014. |
| **Patient/Colleague Relations**<br><br>Meeting patient, patient family, and colleague needs; taking responsibility for a patient's safety, satisfaction, and clinical outcomes; using appropriate interpersonal techniques to resolve difficult situations and regain patient, patient family, and colleague confidence.<br><br>Observable Behaviors<br><br>• Seeks to understand patient/colleague needs—Actively seeks information to understand circumstances, problems, expectations, and needs; verifies understanding.<br><br>• Meets or exceeds patient/colleague needs—Quickly responds to patient/colleague needs; takes opportunities to exceed patient/colleague needs but avoids over commitments; gains patient/colleague agreement to proposed solutions.<br><br>• "HEARTS"—Handles upset patients and patient families by Hearing, Empathizing, Apologizing, Responding, Thanking, and Sending.<br><br>• Cultivates patient/colleague relationships—Promotes honest and open communication with patients/colleagues; involves patient/colleagues in discussions, listens actively, and maintains patient/colleague self-esteem.<br><br>• Educates patients (clinical only)—Shares information with patients and their families to build understanding of available healthcare services, options, risks, and ways to attain optimum health; manages patient expectations. | ☐ Consistently Exceeds Expectations<br>☐ Consistently Meets Expectations<br>☒ Frequently Meets Expectations<br>☐ Does Not Meet Expectations<br><br>*Observations / Recommendations:*<br>Frank had disagreements with a PRN pharmacist and removed her from the schedule in July. He has expressed his opinions of other pharmacist's work directly to me through notes.<br><br>His willingness to help at Ahuja during staff shortages allowed him to experience additional technology. He is also a resource for other community hospitals when needed. |
| Employee promotes the Code of Conduct.<br><br><br><br>Employee adheres to the Code of Conduct.<br><br>*In order to be eligible for a "Consistently Exceeds Expectations" rating, the employee must promote and adhere to the Code of Conduct. | ☒ Yes ☐ No<br><br>*Observations / Recommendations:*<br><br><br>☒ Yes ☐ No<br><br>If no, please explain: |

## 5 Evaluate Overall Performance

**Performance Summary**

Frank's willingness to work night shift and help cover open shifts across the system is appreciated. He maintains consistent patient care on his shift and provides consistent medication turnaround times while working independently. He is a resource for nursing and for pharmacists at other sites. Frank's unique experiences allow GMC to benefit from his perspectives, to improve safety and quality, enhance our fiscal responsibility, and improve patient care. His filling the Anesthesia boxes has allowed the pharmacists following him to complete their assigned duties and they have expressed their appreciation to me.

The medication reconciliation process changed from paper to electronic has answered some of his concerns that were voiced in 2013. The nightshift order verification for Conneaut and Geneva (began Dec 2013) improves the continuity of care at those sites and allowed for improved safety with bedside bar coding and charge capture. Based on his idea for having a pharmacy colored pneumatic tube, we have ordered and are waiting for our green tubes.



11 34745

**UH Performance Evaluation**
ASSOCIATE & PROFESSIONAL

This evaluation was discussed with Jason Glowczewski, who was the Pharmacy manager from January – July 2013.

## Overall Performance Rating

☐ Too New (< 6 months)

| ☐ Does Not Meet Expectations | ☒ Frequently Meets Expectations | ☐ Consistently Meets Expectations | ☐ Consistently Exceeds Expectations |
|---|---|---|---|
| • The employee infrequently demonstrated job-specific competencies.<br>• The employee infrequently demonstrated UH Values and Core Behaviors.<br>• Few desired results were achieved. | • The employee frequently demonstrated job-specific competencies.<br>• The employee frequently demonstrated UH Values and Core Behaviors.<br>• Many desired results were achieved. | • The employee consistently demonstrated job-specific competencies.<br>• The employee consistently demonstrated UH Values and Core Behaviors.<br>• Most desired results were achieved. | • The employee consistently demonstrated job-specific competencies – usually beyond expectations.<br>• The employee consistently demonstrated UH Values and Core Behaviors – usually beyond expectations.<br>• Most desired results were achieved – usually beyond expectations. |

**Employee Comments**

Addendum attached – (RL)
3/11/14 – Edited Addendum attached (RL)

## 6 Development Opportunities

1. Communicate positively with management and his coworkers
2. Check EMS boxes
3. Check code trays
4. Continue to fill anesthesia boxes
5. Assist in the implementation of Omnicell G4 platform upgrade and CSM roll-out in 2014
6. Identify CHF and COPD patients for later patient education. Process will be revamped in 2014 to include all shifts.

| Employee Signature: | [signature] | Manager Signature: | Rachael Lerman [signature] |
|---|---|---|---|
| Date: | 3 / 10 / 2014 | Manager (Print Name): | Rachael Lerman |

**PLEASE SEND TO HUMAN RESOURCES**