1134745-2

3/10/2014 1:02 PM

Addendum to UH Performance Evaluation of 3/10/2014

Once again, as I stated in my last evaluation, I consistently exceed expectations in my role as a staff pharmacist at UH Geauga. This evaluation is not evidence-based and does not include any metrics of my productivity. I am second to no other pharmacist on staff as to my value to the department and UH. I have a skill-set that is unmatched. I also put the patient first above self, and not many pharmacists can say that. I will go into some, but not all specifics below, addressing comments made on the evaluation. If I overlook something, it does not mean I agree with it:

- Some of the characterizations, such as the mention of me having an issue with a "prn pharmacist" and removing her from the schedule was an issue of fairness and respect. It was in no way any sort of confrontation, as I am friends with this person. It is being used in an out-sized, one-sided way to depict me as something that I am not.

- Under "Teamwork" I'm rated as "frequently meets expectations" even though I consistently walk into a mess upon arrival when a certain pharmacist, who seems to be very highly thought of by management, but not by staff, is scheduled. This is at least 3 days out of my 7 days on shift. I clean up the mess and put out the fires with nursing staff who are upset because meds remain missing hours after they have called for them. I'm afraid I have to disagree emphatically here, once again.

- Under Managing Work I find the rating insulting. There is not another pharmacist in the department who can effectively manage time and resources as well as I can. There isn't anything, in four years working alone, that has presented itself that I wasn't able to handle seamlessly. Nor was I presented with anything at Ahuja where I had, at best, a cursory understanding of the system that I could not handle. This evidence flies in the face of my evaluation. If no one showed up in the morning, due to weather or some other issue, I could prioritize things and run the department without missing a beat. There are not many pharmacists who can work a shift, at a very high level, alone. To mark me down over EMS boxes and code trays, when EVERYTHING is cleaned up when my shift is finished, when the EMS boxes and code trays may have been left from other shifts where staffing levels are much higher than 3rd shift is, once again, fishing for reasons to disparage me and my work. I feel that I am being unfairly targeted and disparaged. This makes for an uncomfortable work environment.

**EXHIBIT 1-G**

1

UH-Dundee 0045

1134745-3

- Under Building Trust the phrase "moving beyond dispensing" is key. It reveals an attitude from the leadership in the department that somehow the duties of the staff pharmacist have no real value in patient care. That is demeaning and it may reflect an age bias within the department. The functions that I provide as a staff pharmacist are direct patient care, more effective clinically than any initiative I have seen instituted in the last 4 years, and those are the services that leadership in our department relegates to second tier status.

- Under Patient Colleague relations, once again we have the issue with the prn pharmacist, which was no issue at all, taking an outsized role. Never is it mentioned about ICU nurses regularly sending down food or other nurses sending notes of thanks for the services that I provide, alone, on my shift. I anticipate patient needs and have the meds up before the RN realizes they are even there. I answer the phone on the first ring, every time, if I am able. I provide extraordinary patient care and I find this rating again is reaching to find a reason to disparage me.

In conclusion, I have my theories about why I am being disparaged in this manner. One reason is the fact that I advocate for the operational side of our department which, in my opinion, is second in importance to leadership's emphasis on more academic pursuits. My credentials, my age and my experience give me insight. I advocate for the patient, for the staff pharmacists, for Geauga and UH. I don't apologize for not being a sycophant. I cannot say something is cost-effective, operationally, if it is not. Once again, I exceed expectations in every area of the evaluation and to be characterized otherwise I find unconscionable. Regardless, I will continue to provide the highest patient care services, with a good humor, and to promote the values of UH.

Frank D. Dundee R. Ph.

2