10/21/2014 11:02 PM

To: Rachael Lerman

Addendum to memorandum of 10/20/2014

Please attach to memorandum concerning checking EMS boxes

As we discussed on 10/20/14, and I want noted here, EMS boxes are left unchecked from other shifts.  No EMS boxes come down on 3rd shift.  If the pharmacists on the earlier shifts, who are notified by the tech staff that there are EMS boxes to be checked, in fact CHECKED the EMS boxes, none would be left unchecked on third shift.

I am one of the most, if not the most, productive pharmacists in the pharmacy department.  **I am never presented with metrics to see how my production compares with the production of other pharmacists on staff.**  I work a shift alone, perform ALL of the tasks on the shift and I am responsible for not only Geauga Community Hospital, but also for Conneaut and Geneva hospitals.  I am recognized by the nursing and physician staff for the prompt and accurate services I provide.  The workload on thirds is intense and unpredictable.  Anything can happen at a moments notice.  Third shift requires a pharmacist with a combination of skills that few possess.  There are no complaints from nursing staff about my production, no matter the circumstances that present on my shift.  In fact, I was praised by the CEO of Geauga Hospital, Mr. Steve Jones, for handling a hospital-wide, emergency situation years ago in an exemplary manner.

In addition, since bar-coding was introduced, the need to verify the orders in a timely manner, so that they can be scanned by the RN for safety reasons, before the patient receives the drug, increases the need to pay constant attention on the work queues on the 3rd shift.  It is not a maintenance shift.  I manage my shift at a level that few, including my department managers, could match.  **We have an excess of pharmacist staff who reside in the non-clinical area of the department who can fit such tasks as checking the EMS boxes into their workday.**

I did not read the memorandum carefully enough on 10/20/2014.  I did not realize it was first step in a type of discipline process that could lead to my termination.  **I find the entire process threatening, intimidating and hostile.**  I am one of the best, if not the best, pharmacists in the entire UH system.  It seems that pharmacy management is constantly searching for ways to disparage me and it makes for an extremely uncomfortable work environment, both mentally and physically.  I feel that it is a form of retaliation and a form of age discrimination.  I would ask that the memorandum be removed from my file.  I do not, <u>in any way,</u> accept that I am deficient in my work production.

Frank D. Dundee, R.Ph.

EXHIBIT 1-I

UH-Dundee 0049