January 26, 2015

Attachment to Performance Improvement Plan

The Performance Improvement Plan, PIP, that was presented to me, unawares, in October, 2014, is not an indictment of my performance as a pharmacist. I have a 39 year track record that emphatically refutes the assertion that my performance is not meeting or exceeding every standard in my duties as a staff pharmacist. I am the most productive, experienced, innovative, and insightful pharmacist at Geauga. By far. Last week a technician, with 27 years' experience, came up to me and said, **"Frank, I'm always happy to see that you are coming in. You make the shift run smoother. Even when Lisa** (my counterpart on 3rd shift and a terrific pharmacist in her own right) **comes in, it doesn't run as well."** Sort of says it all to anyone, but Ms. Lerman.

No, the PIP is an indictment of Ms. Lerman's suitability to be a manager. She has created a toxic, intimidating, and hostile work environment since she rose to be department manager. She has suppressed the passion that an employee should have for the job. I have been a target since I had the audacity, due to my age and experience, to raise my hand and constructively question department operations as misdirected; in essence, the emperor has no clothes. At that point I became a threat to her unquestioned authority. A long pattern of abuse followed, that has caused me, not only physical and mental distress, but also caused me to file charges with the EEOC and to retain an attorney.

As Dr. Martin Luther King said, "The arc of the moral universe is long, but it bends toward justice." I am waiting for the moment when UH Administration realizes that Ms. Lerman is a liability in the position of pharmacy manager, and removes her.

*[signature]*

Frank D. Dundee, R. Ph.

**EXHIBIT 1-K**

UH-Dundee 0059