# University Hospitals
## Geauga Medical Center

# MEMORANDUM

**Date:** 5/3/2016

**To:** Frank Dundee, RPh (Empl ID 1134745)

**From:** Rachael Lerman, PharmD, BCPS

**Subject:** Performance Improvement Plan

**Action Required:** Review, Sign, File

**Cc:** Department Head - HR, Personnel File

*Check one of the following:*

Purpose of Report:
- ☒ Initial PIP
- ☐ 30 day follow-up
- ☐ 60 day follow-up
- ☐ 90 day follow up
- ☐ Final
- ☒ Confirmation of Counseling
- ☐ Warning
- ☐ Final Warning/Suspension
- ☐ Discharge

The following Performance Improvement Plan (PIP) was prepared based on previous discussions about your competency in your position as well as your work performance, in regards to timeliness of arrival for scheduled shifts. The specific areas for improvement are listed below, along with my expectations for when I need to see the improvement to occur. While I have indicated in some instances that I need to see immediate improvement, I want you to know what I need to see is a consistent improvement in the areas set forth. Therefore, I will review your performance against these areas on a regular bi-monthly basis (determined by the end of the pay periods), in addition to posting blinded lates and tardies in the department.

**Issue:** Tardiness

Geauga Medical Center employees are expected to arrive on time and ready to perform their work duties. This is an expectation of all UH employees so that each department can run smoothly and efficiently and to ensure continuity of patient care. Details of this expectation are outlined in the **HR-71 Attendance Policy** and the **local Pharmacy Policy**.

- Arriving late without prior authorization or approval 20 times since the beginning of 2016.
  January 2016- 2
  February 2016- 4
  March 2016- 5
  April 2016- 9

*Starting 5/4/16*

As per previous discussions and internal departmental policy on late and/or tardy arrivals, you must arrive at your scheduled start time within the allotted timeframe and be ready to work. It is your responsibility arrive on time and if that is not possible, to call the Pharmacy to make the other staff aware of your arrival time. The professional courtesy call does not relieve the necessity of timely arrival.

In order to provide you with more tools to improve your attendance issues I am suggesting you contact EAP for assistance. You can contact them at 216-844-4948.

**Timeframe for improvement:** Immediate, with demonstrated consistency of meeting these guidelines. I will post blinded departmental tardy/lates within the department. It is your

**EXHIBIT 1-L**

UH-Dundee 0077

> responsibility to arrive on time, as the next 3 tardies/lates will move you to the next level of corrective action. I will follow up with you in writing, if needed within the next 14 days on this specific item, or if there are additional instances of tardiness.
>
> Sustained and continued improvement in timely arrival for all scheduled shifts is required otherwise corrective action will escalate, up to and including termination from employment. Corrective action is additive.

This PIP is meant to assist you with being successful as a University Hospitals Geauga Medical Center employee. I am available to offer any assistance to you to be successful. At the same time, I expect that you be able to demonstrate your ability to comply with these directives.

Finally, I will provide you with on-going feedback on your performance relative to the performance issues indicated above. This feedback will be provided face-to-face, and documented so that we continue with clear communications on University Hospitals expectations for you and your job. Therefore, the following is the schedule of our follow-up meetings:

- First follow-up meeting: June 14 2016
- Second follow-up meeting: July 12 2016
- Third follow-up meeting : end of August 2016

Please note that this Performance Improvement Plan does not guarantee you another 60 (or 90) days of employment – it is not intended to change the at-will nature of your employment. This Performance Improvement Plan is intended to allow you a reasonable amount of time to correct the performance issues noted in this document and the attached performance review.

Any additional performance issues will be dealt with according to University Hospitals Corrective Action Policy, and will result in additional Corrective Action, up to and including termination.

**Employee Acknowledgement and Receipt of this Document:**

_____          5.3.16
Employee Signature                                    Date

_____          _____
Supervisor Signature                                  Date

Rachael Lerman                                         5/3/16
Manager Signature                                    Date