Lerman, Rachael
___

**From:** Bayus, Stephanie
**Sent:** Sunday, May 01, 2016 6:02 PM
**To:** Lerman, Rachael
**Cc:** Fay, Gary
**Subject:** Fwd: Angry and hostile Frank from Pharmacy

Rachael,

Please see concerns below regarding Frank

Stephanie

Begin forwarded message:

> **From:** "Fay, Gary" <Gary.Fay@UHhospitals.org>
> **Date:** May 1, 2016 at 5:37:15 PM EDT
> **To:** "Bayus, Stephanie" <Stephanie.Bayus@UHhospitals.org>
> **Subject: Angry and hostile Frank from Pharmacy**
>
> Stephanie,
>
> I have had repeated problems with Frank in Pharmacy. I have spoken with you about him before. He has no level of patience. He speaks to me and others in a very disrespectful and unprofessional manner. He will yell and scream uncontrollably. It does not matter if you are on the phone or speaking with him in person, he has a very angry personality.
>
> I have the right to work in a hostile free environment. He repeatedly crosses the line. No other pharmacist behaves this way. I am reluctant to ever speak with him because of his hostile attitude.
>
> Friday, there was a patient IN ROOM 104 with multiple medications with orders to use all her home meds. Before I even started my shift, her meds had been sent to pharmacy for verification. Upon speaking with the patient problems came up. Some of the meds were incorrectly ordered by the doctor. Some were not ordered. This required changes in orders and further verification of more of her medications.
> Phil handled all of it in a very patiently and in a professional manner. Frank had nothing to do with the entire issue.
>
> After 4am I called Frank for IVPB Flagyl. When I came down to pick it up he gave me a medication for the patient in room 104. I told him that I did not need it because she is taking all her own home meds. This is when he started screaming at me. "I AM TIRED OF YOU COMPLAINING ALL NIGHT ABOUT THIS PATIENT'S MEDICATIONS. I AM NOT GOING TO DISCUSS THIS WITH YOU ANY MORE SO GET OUT OF HERE !"
>
> I had not discussed this patient with him at all prior to that moment. I have the right to work in a non-hostile work environment. The next episode with him will go into a Pass report and I will file an official grievance with HR.> Please pass this on to his Supervisor. This has to stop.
>
> There is no excuse for this behavior. No situation should ever trigger this kind of anger and hostility. I repeatedly have to deal with this behavior. In response I try to ignore it and try to be as nice and professional as I can.
>
> If there is something I need help with all the other pharmacists will take the time to speak with me in a

1

**EXHIBIT 1-M**

pleasant manner. Lisa is the best of them all.

I spent the night fighting a migraine and dealing with a suicidal ideations patient that wanted to leave AMA. He was never pink slipped. Frank's behavior made the night worse.

Please help me with this.
Gary

UH-Dundee 0076