

**Corrective Action**
HRPerf001

## I. EMPLOYEE DATA

| First Name | M.I | Last Name | Employee Number (Enter exactly as in Oracle) |
|---|---|---|---|
| Frank | | Dundee | 1134745 |

| Position | Year |
|---|---|
| Pharmacist | 2016 |

| Entity | Department |
|---|---|
| Geauga | Pharmacy |

**(Check one)** ☐ Confirmation of Counseling ☒ Warning ☐ Final Warning/Suspension ☐ Discharge

## II. CIRCUMSTANCES

*Dates of attendance or tardiness occurrences:*

No additional occurrences since June meeting

*Describe the circumstances leading to the corrective action:*

The escalation of corrective to Warning is warranted based on your documented behavior and complaints from other UH Geauga employees who feel you have bullied them, including but not limited to: yelling at people, notes left in the workplace, rudeness, and a hostile attitude.

The specific areas for improvement are listed below, along with my expectations for immediate improvement in behavior and professionalism. Consistent improvement in the areas set forth below is required. I will review your performance against these areas on a regular monthly basis on the dates set forth in your Confirmation of Counseling for time and attendance issues on May 3rd, 2016 or sooner if the situation requires it:

- First follow-up meeting: June 14, 2016 at 9pm
- Second follow-up meeting: July 12, 2016 at 9pm
- Third follow-up meeting : end of August 2016 - TBD

**Issue: Professionalism and Harassing Behaviors**
Geauga Medical Center employees are expected to behave professionally and appropriately in all situations. This is an expectation of all UH employees so that the hospital can run smoothly and efficiently and to ensure continuity of safe, effective patient care. Details of this expectation are outlined in the policy HR-63 Professional Behavior, HR-20 Anti-Harassment and Non-Discrimination, and in the UH Code of Conduct. The following are some specific examples of problems in this area:

- Angry outbursts or yelling at other employees
- Difficulty working collaboratively with others
- Rudeness to other employees
- A hostile attitude, including notes left in the workplace

As noted in HR-20, "appropriate corrective action designed to stop the harassment or discrimination immediately and to prevent its recurrence will be taken. Appropriate corrective action will be taken up to and including imposition of job restrictions, additional training requirements or discharge."

Retaliation is grounds for immediate termination.

"UH is committed to providing a working environment that is free from all forms of discrimination and conduct that can be considered harassing, coercive or disruptive, including sexual harassment."

In order to provide you with more tools to improve your issue, I am suggesting you contact EAP for assistance. You can contact them at 216-844-4948.

**EXHIBIT 1-N**

UH-Dundee 0099

.

## V. SIGNATURE OF ACKNOWLEDGMENT

I understand that I may contact an HR representative to discuss questions or concerns related to this document including optional complaint resolution steps. Other than in cases of discharge, should the performance concerns outlined in this document continue, additional corrective action up to and including discharge may occur.

| Employee Signature | Date |
|---|---|
| [signed] | 6-15-16 |

| Manager Signature | Date |
|---|---|
| Rachael Lerman | 6/14/16 |

**PLEASE RETURN THIS FORM TO YOUR LOCAL HUMAN RESOURCES DEPARTMENT**

Frank refuses to sign at this time — will collect thoughts & will deliver to Rachael by morning 6/15/16

— Becky Biser — HR