| | |
|---|---|
| **From:** | Frank Dundee <fdundee@gmail.com> |
| **Sent:** | Tuesday, October 1, 2013 6:44 PM |
| **To:** | Lerman, Rachael |
| **Subject:** | Re: Monday, Sept 30th at Ahooooooooooja!!!!! LOL!!! |

i wish it was my day off...i'm at Ahooooooja tonite, too...then i come back to home, sweet, home....Ahoooooja is like a sharp, younger woman who a man of weak-will might dally with ("but that ain't me no mo"....that line is from Raising Arizona!), but I know Geauga is the woman who is good for me, long term!!! i'm going to slow it all down with the OT in the new year...my goal...i need to ease off the pedal a bit...this shift is no good for me, but i've been away from working with others for a while now and i don't think i can go onto a more populated shift...too much input....so i just have to grind it out, solo, until i retire

On Tue, Oct 1, 2013 at 4:12 PM, Lerman, Rachael <Rachael.Lerman@uhhospitals.org> wrote:

> Hi Frank, this made me laugh - I can hear you saying it!
>
> I looked in Kronos and somehow it looks like your float worked, even though it didn't seem like it did! Weird.
>
> Have a good last day off!
>
>
> **Rachael Lerman, Pharm.D., BCPS**
>
> Pharmacy Manager
>
> University Hospitals Geauga Medical Center
>
> 13207 Ravenna Road
>
> Chardon, Ohio 44024
>
> ☎ 440.285.6530 (fax 216.201.4081)
>
> ✉ Rachael.Lerman@UHhospitals.org
>
>
> **From:** Frank Dundee [mailto:fdundee@gmail.com]
> **Sent:** Tuesday, October 01, 2013 6:40 AM
> **To:** Lerman, Rachael
> **Subject:** Monday, Sept 30th at Ahooooooooooja!!!!! LOL!!!

1

**EXHIBIT 1-O**

UH-Dundee 0009

anyhow, i tried to punch in when i arrived here last evening, 2108...i hit float then toggled down and tried to swipe my badge...it didn't work and gave me a message about a key not functioning...anyhow i emailed kilee about it and she wants me to try to punch out this morning...i will, but i think it may cause it to look like i punched in this morning and out tonight...just in case things look like mess after this...she insisted

fd

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.