

# Corrective Action
HRPerf001

## I. EMPLOYEE DATA

| First Name | M.I | Last Name | Employee Number (Enter exactly as in Oracle) |
|---|---|---|---|
| Frank |  | Dundee |  |

| Position | Year |
|---|---|
| Pharmacist | 2017 |

| Entity | Department |
|---|---|
| UH Geauga Medical Center | Pharmacy |

**(Check one)**  ☐ Confirmation of Counseling   ☐ Warning   **X** Final Warning/Suspension   ☐ Discharge

## II. CIRCUMSTANCES

*Dates of attendance or tardiness occurrences:*

*Describe the circumstances leading to the corrective action:*

Frank, in a series of recent emails, you've made inappropriate comments that undermine the professionalism of fellow coworkers and are inconsistent with our value of Diversity and the expectations set forth in HR-63 Professional Behavior policy and our Code of Conduct. On June 8, 2017 in an email to Becky Besselman, you wrote about your coworker Derek Frost, "he's a pup with practically no experience. A nice boy, but..." On June 10, 2017, in an email to Becky Besselman, you wrote, "you're a good kid." Comments of this nature are unwarranted and add no value in the working relationships. You've made similar disparaging comments in the past, dating back to 2015, and this points to a pattern of actions and behaviors that detract from our values and policies.

Our Code of Conduct states, "we do not tolerate intimidating, threatening, or harassing behavior, such as harassment based on diverse characteristics or cultural backgrounds." It further states, "We provide an inclusive work environment where everyone is treated with fairness, dignity and respect. We embrace the diversity of our patients, co-workers, physicians, and vendors. We do not allow harassment or discrimination against any individual with regard to race, ethnicity, religion, ethnicity, age, national origin, sexual orientation, disability, veteran status or any other characteristic protected by law." Additionally, HR-20 Anti-Harassment and Non-Discrimination states, "Actions, words, jokes or comments based on an individual's gender, race, color, national origin, age, religion, disability, sexual orientation, or any other legally protected characteristic will not be tolerated."

Your comments and the implications of the meanings have no place in the working environment. As a result of your actions, we are advancing you to a Final Written Warning in the disciplinary action process.

*Please note the policy and procedure violated:*
UH Code of Conduct
HR-63 Professional Behavior
HR-20 Anti-Harassment and Non-Discrimination

## III. ACTION PLAN

**EXHIBIT 1-P**

UH-Dundee 0185

Frank, as part of the action plan, UH is mandating a referral to the Employee Assistance Program. You are responsible for contacting the EAP by calling 216-844-4948 (see separate form). Failure to follow up with EAP in the required timeframe can result in further disciplinary action up to an including termination.

Please be aware that additional violations of policy or failure to meet performance expectations will results in corrective action up to and including termination.



# Corrective Action

**IV. EMPLOYEE COMMENTS**

Addendum to follow

**V. SIGNATURE OF ACKNOWLEDGMENT**

I understand that I may contact an HR representative to discuss questions or concerns related to this document including optional complaint resolution steps. Other than in cases of discharge, should the performance concerns outlined in this document continue, additional corrective action up to and including discharge may occur.

Employee Signature / [signature]    Date 6-26-201?

UH-Dundee 0186

| | |
|---|---|
| **Manager Signature** | **Date** |
| *Rachael Lerman* | 6/26/17 |

PLEASE RETURN THIS FORM TO YOUR LOCAL HUMAN RESOURCES DEPARTMENT

UH-Dundee 0187