06/27/2017

### ADDENDUM TO DISCIPLINE OF 6/26/2017

This materially adverse action continues a pattern of retaliation that began at a meeting in Human Resources on 08/05/2016, for which I alerted the UH Compliance Department, regarding my participation in an EEO protected activity by my conveying resistance to a perceived potential EEO violation, sexual harassment. This disciplinary action is intended to deter a reasonable person, such as myself, from engaging in an EEO protected activity. In response, I will be filing charges of retaliation with the EEOC.

Furthermore, my character and reputation has been defamed by being compelled, in writing, to attend sessions in the Employee Assistance Program as a form of remediation. I will explore all legal remedies to compensate me for this action that I consider defamatory.

Frank D. Dundee, R.Ph.

*[signature]*

*[handwritten sticky note:]* Ms. Lynce — I had the incorrect date on the Addendum — please replace with this Addendum. F.D.

**EXHIBIT 1-Q**