November 7, 2014

Hi Katie,

I am very pleased that you will be involved in the upcoming meeting. From the questions that you asked in our last meeting, you are a discerning individual. I tried my best to work with Ed to get a meeting set up for last Wednesday, but it feel through from missed communication.

The reason I am writing is that last evening I was reading a story in the NY Times about the first physician to raise the alarm about the effects of concussions in the NFL and how the NFL had tried to discredit him. This quote from his attorney struck me:

"He remembers thinking: Why would Bennet make this stuff up. I mean, why would he? It's just not done. He worried that Omalu would pay a professional price. **"It looked to me like Bennet had raised his hand and said there's a problem we need to be aware of, and he got savaged for it."**

Because of my age and experience, I raised my hand years ago in the pharmacy department and said, "there's a problem we need to be aware of" and from that point on I've been "savaged for it." The main issue that I brought up was the lack of focus on pharmacy operations due to the misplaced focus on programs associated with the colleges of pharmacy, such as Pharm D rotations and the residency program. In fact, pharmacy management, up to and including high level managers, seem to have more of an allegiance to the colleges than to their employer, UH. Because of this misplaced allegiance, money, in the hundreds of thousands, is being wasted annually and patient care is suffering.

I also brought up the issue of health and safety with the pneumatic tube system. Once again, I raised the alarm and dug my hole a bit deeper.

I hope that you have had a chance to look over all of my correspondences with Ed before our meeting. They describe what I feel is a pattern of behavior that has made the work environment intimidating and hostile for several years now, and more so since our last meeting. I'm a very good employee, with a proven track record over 39 years. I have not been wrong in saying, "there's a problem we need to be aware of." I should be praised for raising the alarm, not ostracized.

Frank Dundee

**EXHIBIT 2-B**