# UNIVERSITY HOSPITALS HEALTH SYSTEMS
## *COMPLAINT RESOLUTION STATEMENT FORM*

Directions: Each section of this form **must** be completed by the employee filing a complaint. This same form will be used at each step of the complaint resolution process.

**Employee Name:** Frank Dundee  **Title:** R.Ph  **Dept:** Pharmacy/Geauga

**Address:** 2204 Amberwood Trail Boardman, Ohio 44512

**Preferred Contact Phone Number:** 330-398-8234

**Email Address:** fdundee@gmail.com

**Incident Date:** _____ **Time:** _____ AM/PM

**My Complaint is about** (check one):
  ___ Confirmation of Counseling
  _✓_ Warning
  ___ Suspension or Final Warning
  ___ Discharge

**PLEASE PRINT - Describe your complaint in detail. Please attach or include any relevant documentation.**

*See attachment dated 0122 6-15-2016

**What do you want the outcome of your complaint to be?**

☐ Revise Corrective Action Level
✓ Remove Corrective Action
☐ Revise Corrective Action Language

Please list witnesses with firsthand knowledge that the Supervisor/Department may contact:
**Name (please print full name):**   **Contact Information:**
MANY

**Employee's Signature** /s/ F. Dundee    **Today's Date** 6-15-2016   0056

Please return to this form to your HR Representative.

HR-83 – Complaint Resolution
Owner: Human Resources Department
Revised: November 2013
Page 5 of 5
Uncontrolled document - printed version only reliable for 24 hours

**EXHIBIT 2-C**

UH-Dundee 0101

0122

06/15/2016

I have never, in my 40 year career, experienced the pattern of harassing and hostile behavior that I have experienced since Ms. Lerman became manager of the pharmacy department. No one should have to work under such conditions, nor can they do their best work under such conditions. I directly attribute this harassment to age discrimination, making the workplace so inhospitable that I either resign, retire, or am terminated. In addition, there may also be a component of sexual harassment as a contributing factor in Ms. Lerman's actions that I have heretofore never mentioned for fear of retaliation.

There are many, many people, both within the pharmacy department and on the nursing units, who would come forward as witnesses to my defense as character witnesses. The behavior described in the discipline is in direct contrast to both the oral and written praise that I receive on a daily basis. I had an entire wall that was covered in thank you notes from the nursing units, over a 6 month period. I am repeatedly told by nursing staff, when I answer the phone, "Thank God it's you." All of that flies in the face of these **nebulous** charges, which I repeat, are being used as part of a pattern of harassing and hostile behavior from Ms. Lerman.

I totally reject each and every description of my behavior in this corrective action:

- Angry outbursts or yelling at other employees
- Difficulty working collaboratively with others
- Rudeness to other employees
- A hostile attitude, including notes left in the workplace

**I find these remarks to be so far from the truth and <u>libelous</u>, that not only will I take this through the UH Complaint Resolution process,** but I will also pursue every legal avenue available to me through government agencies, and the court system, should the resolution process fail to rectify the situation.

*[signature]*

Frank Dundee R. Ph.