| | |
|---|---|
| **From:** | Lynce, Danialle |
| **Sent:** | Wednesday, August 3, 2016 4:22 PM |
| **To:** | Dundee, Frank |
| **Cc:** | Soyka, Edward |
| **Subject:** | Completing our investigation on recent allegations |

Dear Frank,

On June 26, 2016, you provided us with a written statement detailing allegations that you have been subjected to sexual harassment by your manager, Rachael Lerman. University Hospitals takes these allegations very seriously, and we encourage employees to come forward to make good-faith reports of violations of law or policy. Since receiving your letter, Ed Soyka, Compliance Manager, and I partnered together and have thoroughly investigated the allegations. At this time, we are unable to substantiate any actions on Ms. Lerman's part that constitute violations of our policy HR-20 Anti-Harassment and Non-Discrimination, specifically, we could not substantiate that you were subjected to behaviors constituting sexual harassment by Ms. Lerman.

The allegations of sexual harassment that you brought forth on June 26, 2016, date back to, "somewhere in the time period between spring 2012, and October 2013, on at least three distinct occasions". Please note that any concerns regarding harassment or discrimination should be reported timely so we can investigate effectively and thoroughly.

If you have additional information that you believe requires UH's attention, please contact me immediately via email Danialle.lynce@uhhospitals.org or via phone 440-285-6292. As alternatives, you may also contact the Compliance and Ethics department at 216-286-6362 or our confidential Compliance Hotline at 800-227-6934.

Respectfully,
Danialle Lynce


*Danialle Lynce*, SPHR, SHRM-SCP, CPC
HR Business Partner
UH Geauga, Geneva, and Conneaut Medical Centers

O 440-285-6292
C 440-666-6250

EXHIBIT 2-E

UH-Dundee 0146