# OHIO CIVIL RIGHTS COMMISSION
## CHARGE OF DISCRIMINATION (EMPLOYMENT)

OCRC Case Number: (CLE) B4 (44538) 03172018

EEOC Case Number: 22A-2018-07065

ALH

---

| | |
|---|---|
| **Your Name**<br>Frank Dundee | **Company Name**<br>University Hospitals Cleveland |
| **Your Street Address**<br>7707 Amberwood Trail | **Company Street Address**<br>11100 Euclid Ave |
| **City, State and Zip**<br>Boardman, Ohio 44512 | **City, State and Zip**<br>Cleveland, Ohio 44106 |
| **Telephone Number**<br>(330)398-8274 | **County (if located in Ohio)**<br>Geauga |
| **Alternate Number (Optional)**<br>(330)726-2662 | **Telephone Number**<br>(216) 844-3722 |
| **Email Address (Optional)**<br>fdundee@gmail.com | **# of Employees**: 28.000    **Date of Hire**: 05/01/2010 |

---

Dates of Discrimination (MM/DD/YYYY): 11/06/2017; 01/10/2018

I was discriminated on the basis of:
- Race/Color
- Sex
- ✓ Disability (DO NOT LIST DISABILITY)
- Age (over 40 years old only)
- Religion
- National Origin/Ancestry
- Military Status
- ✓ Retaliation (for protesting discrimination)

Please identify how you are a member of the category you marked on the left: (If you marked **AGE**, please list your **BIRTH DATE**. If you have marked **DISABILITY**, **DO NOT IDENTIFY** your disability.)

I was retaliated against for filing a protected activity; the retaliation included an ADA violation of mandatory EAP sessions.

**RECEIVED**

**MAR 17 2018**

OCRC - INTAKE
CLEVELAND

**Please read and review the following:**

I have not commenced with any action under sections 4112.14 or 4112.02(N) of the Ohio Revised Code with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

    I am filing a charge alleging AGE DISCRIMINATION and I have read and understand the above information.

**RECEIVED**

**APR 1 8 2018**

●   I am NOT filing a charge alleging AGE DISCRIMINATION and this does not apply to me.

OCRC - INTAKE
CLEVELAND

**EXHIBIT 2-G**

Page: 1 of 4

026

Charging Party: Frank Dundee

Case Number: (CLE) B4 (44538) 03172018

## Act of Discrimination #1

Date of Discrimination (MM/DD/YYYY): 01/10/2018

I was subjected to (mark only one issue):
- a denial of promotion
- a forced resignation
- demotion
- denial of hire
- denial of a reasonable accommodation
- different terms and conditions of employment
- discharge/termination
- ● discipline
- harassment/sexual harassment
- layoff
- other

I believe it was because of my:
- Race/Color
- Sex
- Disability
- Age
- Religion
- National Origin/Ancestry
- Military Status
- ✓ Protected activity (retaliation)

If you have marked "other", please briefly describe the discriminatory act:

The reason given by the company for this action is:
A final warning for using the words, "You're a good kid", "he's a pup with little experience" and "A nice boy, but..." in two emails to an HR rep concerning implementation of two cost-saving suggestions. The UH discipline policy requires sessions in the EAP, including a psychiatric examination

I was given this reason by (name and position):
Shawn Osborne, VP Pharmacy Services, Danialle Lynce Head of HR, Geauga Community Hospital

I am aware of others treated more favorably than me including:
George Brown, Larry Schepps, Susan Thabit

RECEIVED
MAR 1 7 2018
OCRC - INTAKE
CLEVELAND

I believe that this was discrimination because:
I filed a charge of sexual harassment against my supervisor on June 26, 2016. The retaliation began at a meeting on 8/5/2016. On June 26, 2017 I was given a final warning. On 11/22/2017 I received a letter dated 11/06/2017 threatening me with termination unless I attended an EAP session, which I did on 1/10/2018, in violation of the ADA concerning allowable medical examinations by an employer.

RECEIVED
APR 1 8 2018
OCRC - INTAKE
CLEVELAND

Page: 2 of 4
027

Charging Party: Frank Dundee

Case Number: (CLE) B4 (44538) 03172018

## Act of Discrimination #2 (Optional)

Date of Discrimination (MM/DD/YYYY):

I was subjected to (mark only one issue):
- a denial of promotion
- a forced resignation
- demotion
- denial of hire
- denial of a reasonable accommodation
- different terms and conditions of employment
- discharge/termination
- ● discipline
- harassment/sexual harassment
- layoff
- other

I believe it was because of my:
- Race/Color
- Sex
- Disability
- Age
- Religion
- National Origin/Ancestry
- Military Status
- ✓ Protected activity (retaliation)

If you have marked "other", please briefly describe the discriminatory act:

The reason given by the company for this action is:
That I was in the final warning of the UH discipline procedure and mandated to attend EAP sessions, including a psychiatric examination.

I was given this reason by (name and position):
Shawn Osborne, VP Pharmacy Services

I am aware of others treated more favorably than me including:
George Brown, Larry Schepps, Susan Thabit

I believe that this was discrimination because:
Mandatory EAP sessions violate the Americans with Disabilities Act because they are, in essence, an unlawful medical examination at the Employer's request.

RECEIVED
MAR 17 2018
OCRC - INTAKE
CLEVELAND

RECEIVED
APR 18 2018
OCRC - INTAKE
CLEVELAND

Page: 3 of 4

028

**Charging Party:** Frank Dundee

**Case Number:** (CLE) B4 (44538) 03172018

**Please check to indicate you have read and agreed to the statements below.**

- ✓ I understand that I will not be able to sign this form on-line. A copy will be mailed out to me for a notarized signature. An investigation will not begin until the Ohio Civil Rights Commission receives a signed and notarized charge from me.

- ✓ I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency/agencies if I change my address or telephone number and that I will cooperate fully in the processing of my charge in accordance to their procedures.

_____    4-14-2018
Charging Party                                Date

Subscribed and sworn to before me on this __14th__ day of __April__ of 20 __18__

_____ Esq.
OCRC Representative or Notary

Philip M. Snyder, Esq.
Attorney At Law, Ohio, # 0071672
Notary Public, State of Ohio
My commission has no expiration
date  § 147.03 R.C.

**RECEIVED**

MAR 17 2018

OCRC - INTAKE
CLEVELAND

**RECEIVED**

APR 18 2018

OCRC - INTAKE
CLEVELAND

Page: 4 of 4
029