# University Hospitals Employee Assistance Program
*Helping you achieve a better work-life balance*

## Resilience Strategies

### Self Knowledge and Insight
- Explore your motivations for working with clients/patients
- Identify your own strengths and challenges
- Identify themes associated with discomfort/fears
- Clarify goals, mission and boundaries of the organization which you work.
- Know your personal code of ethics.

### Sense of hope
- Develop opportunities to succeed.
- Practice gratitude
- Change or expand your description
- Give praise
- Diversify your work interests; clients/patients
- Seek advanced professional development
- Decorate/personalize your work-space
- Find appropriate ways to laugh and have fun

### Healthy coping
- Learn to identify your physical stress reactions
- Balance your life
- Get adequate sleep
- Change the pace
- Develop calming and meditatice strategies

### Strong relationships
- Enhance communication skills
- Learn boundaries of confidentiality
- Collaborate
- Discuss cases
- Seek inclusiveness and diversity
- Foster a team approach
- Address conflict-resolution proactively
- Strive to be genuine, empathetic, and warm

### Personal perspective and meaning
- Assess your personal values
- Integrate new understanding in your work
- Assess your perspective of challenges
- Question old beliefs
- Foster altruism
- Engage in social activism
- Include meaning and values in assessment of victim's strengths
- Discard activities that are not coherent with values.

**Employee Assistance Program**

**EXHIBIT 2-H**

UH-Dundee 0505