IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DOMINIC DUNDEE, | ) | CASE NO. 1:19CV01141 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | MAGISTRATE JUDGE JONATHAN D. |
| | ) | GREENBERG |
| UNIVERSITY HOSPITALS | ) | |
| CORPORATION, | ) | |
| | ) | **DECLARATION OF JILL FULTON,** |
| Defendant. | ) | **LISW-S, LICDC, PURSUANT TO 28** |
| | ) | **U.S.C. §1746** |
| | ) | |

I, Jill Fulton, LISW-S, LICDC, being of sound mind and over the age of eighteen, hereby declare as follows:

1. I am an Employee Assistance Manager and counselor with the University Hospitals Employee Assistance Program ("EAP").

2. In 2017, Plaintiff Frank Dundee was referred to EAP by his supervisor Rachael Lerman as a result of the conflictive relationships he was having with his work colleagues. A true and accurate copy of Mr. Dundee's June 26, 2017 EAP Referral Form is attached to this Declaration as Exhibit 5-A.

3. On January 10, 2018, I met with Mr. Dundee in my office for a counseling session. During that session, Mr. Dundee talked at length regarding his complaints about and claims against Ms. Lerman and his belief that his mandatory EAP referral was unlawful.

4. I performed no tests or procedures on Mr. Dundee.

5. My session with Mr. Dundee included discussion only and was completely non-invasive.

EXHIBIT 5

6. No medical equipment was used during my conversation with Mr. Dundee.

7. During our counseling session, I did not diagnose Mr. Dundee with a mental disability. Rather, the purpose of our session was to follow-up on the session he had with my colleague David Riccardi as part of his June 2017 Corrective Action for unprofessional behavior.

8. I did not at any time diagnose Mr. Dundee with a medical condition or mental disability.

9. No one told me at any time that Mr. Dundee had a mental disability or that they suspected or perceived that Mr. Dundee was mentally disabled.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 14, 2020.

*[Signature: Jill T. Fulton]*

Jill Fulton, LISW-S, LICDC