FILED
JUL - 6 2020
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DOMINIC DUNDEE, | ) | CASE NO. 1:19 CV 01141 |
| Plaintiff, | ) ) | JUDGE DAN AARON POLSTER |
| v. | ) ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| UNIVERSITY HOSPITALS CORPORATION, et al., | ) ) ) | UNOPPOSED MOTION FOR |
| Defendants. | ) ) ) ) ) ) | EXTENSION OF TIME FOR PLAINTIFF TO FILE A MEMORANDUM IN OBJECTION TO MAGISTRATE JUDGE GREENBERG'S REPORT AND RECOMMENDATION (Doc. No. 31, 43) |

Plaintiff and Pro Se Litigant, Frank Dominic Dundee, respectfully moves this Court to extend by seven days, from July 13, 2020, to July 20, 2020, the time for the Plaintiff to file his Objection to His Honor, Magistrate Judge Jonathan D. Greenberg's, Report and Recommendation (Doc. No. 31, 43). This request is made because the Plaintiff/Pro Se Litigant must file his motions with the Clerk of Court's Office instead of electronically. Inaccessibility of the Clerk's Office during the covid-19 pandemic will decrease the amount of time the Plaintiff/Pro Se Litigant has to file its Objection.

Dated this 2nd day of July, 2020.

Respectfully submitted,
Plaintiff, Frank D. Dundee

*/s/ Frank D. Dundee*

7707 Amberwood Trail
Boardman, Ohio 44512
fdundee@gmail.com
330-398-8274

Frank Dundee
7707 Amberwood Jr.
Yo., OH 44512

CLEVELAND OH 440
02 JUL 2020 PM 2 L

Clerk of Courts Office
Thomas D. Lambrose Federal Bldg + U.S. Courthouse
125 Market St.
Youngstown, OH
44503-1786