**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FRANK DOMINIC DUNDEE,** | ) | Case No. 1:19-cv-1141 |
| | ) | |
| Plaintiff, | ) | Judge Dan Aaron Polster |
| | ) | |
| vs. | ) | **JUDGMENT ENTRY** |
| | ) | |
| **UNIVERSITY HOSPITALS CORP,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

    */s/ Dan A. Polster     July 22, 2020*
**Dan Aaron Polster**
**United States District Judge**