

United States District Court for the Northeastern District of Ohio
Eastern Division

File Number 1:19-CV-1141

| | |
|---|---|
| Frank Dominic Dundee, Plaintiff<br><br>v.<br><br>University Hospitals Corp, et al.,<br>Defendants | Notice of Appeal |

      Notice is hereby given that Frank Dominic Dundee, Plaintiff in the above named case,*hereby appeals to the United States Court of Appeals for the Sixth Circuit, from the Judgement Entry of His Honor, Judge Dan Aaron Polster, entered in this action on the 22nd day of July, 2020.

(s) _____
FRANK DOMINIC DUNDEE, PRO SE LITIGANT
Address: 7707 AMBERWOOD TRAIL
BOARDMAN, OHIO 44512
CELL PHONE: 330-398-8274
EMAIL: fdundee@gmail.com

[*Note to inmate filers:*  *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.



Frank D Dundee
7707 Amberwood Trail
Boardman, Ohio 44512



CLEVELAND OH 440

28 JUL 2020 PM 2 L

Clerk of Courts
Thomas D. Lambros Federal Building & US Courthouse
125 Market Street
Youngstown, Ohio 44503

44503-178087