# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-3836

_____

Filed: March 19, 2021

FRANK DOMINIC DUNDEE                                1:19-cv-01141-JZ

    Plaintiff - Appellant

v.

DANIALLE LYNCE, Director of Human Resources; JASON GLOWCZEWSKI, C.O.O. University Hospital Conneaut Medical Center; SHAWN OSBOURNE, Vice President, Supply Chain & Pharmacy Services; RACHAEL LERMAN, Director of Pharmacy Services; UNIVERSITY HOSPITALS GEAUGA COMMUNITY HOSPITAL; UNIVERSITY HOSPITALS HEALTH SYSTEMS, INC.

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 02/25/2021 the mandate for this case hereby issues today. Affirmed

COSTS:  None